Donald W. Sieveke, Esq., SBN 78144
LAW OFFICES OF DONALD W. SIEVEKE
1113 N. Spurgeon Street
Santa Ana, CA 92701
(714) 543-8419 Office
(714) 558-7459 Fax
Email: dws4law@pacbell.net

Attorney for US DIRECT, LLC, Involuntary Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO. 8:19-bk-11218-MW |
| US DIRECT, LLC | Chapter 7 |
| | ANSWER TO INVOLUNTARY PETITION |
| Involuntary Debtor. | |

US DIRECT, LLC answers the Involuntary Petition as follows:

Answering Paragraphs 11 and 13, US DIRECT, LLC denies each and every allegation contained therein.

Dated: 4/26/2019

*/s/ Donald W. Sieveke*
_____
Donald W. Sieveke, Attorney for
US DIRECT, LLC, Involuntary Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Office of Donald W. Sieveke
1113 N. Spurgeon Street, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): ANSWER TO INVOLUNTARY PETITION
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- LESLIE A BOWER     leslie@labowerlaw.com
- Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Sunny S Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com;docketclerk@stoel.com
- Randye B Soref     rsoref@polsinelli.com, enash@polsinelli.com;ladocketing@polsinelli.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Thomas A Woods     tawoods@stoel.com, mrdavis@stoel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 26, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge M. Wallace, USBC Santa Ana, 411 W. Fourth St., Ste. 6135, Santa Ana, CA  92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/26/2019 | SHANNON K. ALLEN | /s/ Shannon K. Allen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**