Form ofri–(orlf7,orlf11,iors) VAN–93
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES, STATEMENTS AND LIST(S)

**DEBTOR(S) INFORMATION:**
US Direct LLC
dba US Direct, dba US DOT Direct LLC
**SSN:** N/A
**EIN:** 81–2569777

1700 Barranca Parkway
Irvine, CA 92606

**BANKRUPTCY NO.** 8:19–bk–11218–MW
**CHAPTER** 7

Order/Notice to the parties in interest:

An involuntary Chapter 7 petition having been filed against the above−named debtor on April 1, 2019

☑ Debtor consented to the entry of an order of relief.

☐ No pleading or other defense to the petition having been filed within 21 days after service of the summons (or within any longer period of time precribed by the Court), an Order for Relief is hereby issued against the debtor.

Debtor is ordered to file within **seven** days after entry of this order for relief, a list containing the name and address of each entity included on Schedule D, E/F, G, and H as prescribed by the Official Forms (Federal Rule of Bankruptcy Procedure 1007 (a)(2)).

Debtor is also ordered to file schedules, statement and Statement About Your Social Security Numbers (Official Form B121) referred to in Federal Rule of Bankruptcy Procedure 1007(a),(c) and (f) within 14 days after entry of this Order For Relief.

AMENDED ORDER FOR RELIEF IN INVOLUNTARY CASE
Effective June 28, 2019

Dated: June 7, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court