United States Bankruptcy Court
Central District of California

In re:                                                                           Case No. 19-11218-MW
US Direct LLC                                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8           User: admin              Page 1 of 1              Date Rcvd: Jun 07, 2019
                               Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db             +US Direct LLC,    1700 Barranca Parkway,     Irvine, CA 92606-4824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              Asa W Markel    on behalf of Interested Party    SCREEN GP Americas, LLC amarkel@masudafunai.com,
               asa.markel@azbar.org;yperdue@masudafunai.com;mlee@masudafunai.com
              Caroline Djang    on behalf of Petitioning Creditor    Future Logistics Inc c/o Mark Roan
               caroline.djang@bbklaw.com,
               julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
              Christopher J Petersen    on behalf of Creditor    Liberty Property Limited Partnership
               cjpetersen@blankrome.com,   gsolis@blankrome.com
              Craig N Haring    on behalf of Creditor    Liberty Property Limited Partnership
               charing@blankrome.com
              Donald W Sieveke    on behalf of Debtor    US Direct LLC ibmoola@yahoo.com,   dws4law@pacbell.net
              Jeffrey I Golden (TR)    lwerner@wgllp.com,
               jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
              Jerome S Demaree    on behalf of Creditor    Camel Financial, Inc. stan@demaree-law.com
              LESLIE A BOWER    on behalf of Creditor    1700 Barranca Parkway, LLC leslie@laborerlaw.com
              Randye B Soref    on behalf of Creditor    CENVEO Corp rsoref@polsinelli.com,
               ccripe@polsinelli.com;ladocketing@polsinelli.com
              Tania M Moyron    on behalf of Interested Party Tania M. Moyron tania.moyron@dentons.com,
               chris.omeara@dentons.com;nick.koffroth@dentons.com
              Tanya Behnam    on behalf of Creditor    CENVEO Corp tbehnam@polsinelli.com,   tanyabehnam@gmail.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 12

B2530 (Form 2530 12/15)

**FILED & ENTERED**

**JUN 07 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# United States Bankruptcy Court
### Central District Of California

In re   US Direct, LLC                                Case No. 8:19-bk-11218-MW
              **Debtor***

Address:  1700 Barranca Parkway, Irvine, CA 92606          Chapter   7

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): _____
Employer Tax-Identification (EIN) No(s).(if any):   9777

## AMENDED
## ORDER FOR RELIEF IN
## AN INVOLUNTARY CASE

On consideration of the petition filed on _____April 1, 2019_____ against
(date)

the above-named debtor, an order for relief under chapter  7  of the Bankruptcy Code (title 11

of the United States Code) is granted, effective June 28, 2019.

### ###

Date: June 7, 2019

Mark S. Wallace
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).