JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 19-11218-MW |
|---|---|
| US DIRECT LLC | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:  DONALD W SIEVEKE
TO THE ABOVE NAMED DEBTOR

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 14, 2019 at 11:00 AM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA 92701, for the reason(s) set forth below:

**You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.**

Dated:   July 11, 2019

/s/ Jeffrey I Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

    I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on July 11, 2019.

/s/ Lori Werner
Lori Werner