1

JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
2
Costa Mesa, CA 92628-2470
Telephone:    (714) 966-1000
3
Facsimile:    (714) 966-1002

4

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
5
## SANTA ANA DIVISION

6
| In Re: | Case No.: 19-11218-MW |
|---|---|
7
| US DIRECT LLC | Chapter 7 |
8
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
9

10
Debtor.

11
COUNSEL:  PRO SE ZZ
TO THE ABOVE NAMED DEBTOR

12

13
You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **October 23, 2019 at 11:00 AM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA
14
92701, for the reason(s) set forth below:

15

16
**Your schedules are incomplete or inaccurate.  Unless amended schedules are filed and served upon me before the continued meeting date, a motion may be filed to dismiss your case.**
17

**Your meeting is continued for administrative reasons.**
18

19
Dated:   September 19, 2019

/s/ Jeffrey I Golden
20
JEFFREY I. GOLDEN
Chapter 7 Trustee

21
I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on September 19, 2019.
22

23
/s/ Lori Werner
Lori Werner

24