Jeffrey I. Golden, Trustee
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: jgolden@go2.law
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 8:19-BK-11218-SC |
| | § | |
| US DIRECT LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/01/2019. The undersigned trustee was appointed on 05/30/2019.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                        $3,398,509.34

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $1,713,831.76 |
    | Bank service fees | $41,416.56 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Leaving a balance on hand of[1]                                        $1,643,261.02

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 07/11/2022 and the deadline for filing government claims was 09/30/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $125,205.28.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $125,205.28, for a total compensation of $125,205.28[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $120.68, for total expenses of $120.68.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/08/2022                    By:    /s/ Jeffrey I. Golden
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1         Exhibit A

| Case No.: | 19-11218-SC | Trustee Name: | Jeffrey I. Golden |
| Case Name: | US DIRECT LLC | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | §341(a) Meeting Date: | 07/10/2019 |
| | | Claims Bar Date: | 07/11/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO RP/ESSEX SKYLINE HOLDINGS, LLC  (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Essex for $25,000 which was approved by Court order entered 7/14/2020. | | | | | |
| 2 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO OREGON CORRECTIONS ENTERPRISES  (u) | $0.00 | $180,000.00 | | $180,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and OCE for $180,000 which was approved by Court order entered 7/14/2020. | | | | | |
| 3 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO ADVANTAGE SOLUTIONS  (u) | $0.00 | $52,009.31 | | $52,009.31 | FA |
| Asset Notes: | Settlement reached between the Trustee and Advantage Solutions for $52,009.31 which was approved by Court order entered 11/20/19. | | | | | |
| 4 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO KERN USA LLC  (u) | $0.00 | $70,000.00 | | $70,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Kern USA LLC for $70,000 which was approved by Court order entered 9/15/2020. | | | | | |
| 5 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO JORDAN M. BATT  (u) | $0.00 | $1,025,000.00 | | $1,025,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Jordan M. Batt for $1,025,000.00 which was approved by Court order entered 9/29/2020. | | | | | |
| 6 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO CAPITAL ONE  (u) | $0.00 | $305,000.00 | | $305,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Capital One for $305,000 which was approved by Court order entered 9/28/2020. | | | | | |
| 7 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO ABDULLAH JAFREY  (u) | $0.00 | $63,180.00 | | $37,000.02 | FA |
| Asset Notes: | Settlement reached between the Trustee and Abdullah Jafrey for $37,000 to be paid in 6 monthly installments of $6,166.67, due on the first day of each consecutive month, beginning on 8/1/21 which was approved by Court order entered 6/16/2021. | | | | | |
| 8 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO AMERICAN EXPRESS  (u) | $0.00 | $1,034,000.00 | | $75,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and American Express for $75,000 which was approved by Court order entered 4/8/2021. | | | | | |
| 9 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO FLETCHER JONES  (u) | $0.00 | $65,000.00 | | $39,500.00 | FA |
| Asset Notes: | The Trustee has reached an agreement with Fletcher Jones to settle for $39,500.  Settlement approved by Court order entered 8/4/22. | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2        Exhibit A

| Case No.: | 19-11218-SC | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | US DIRECT LLC | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | §341(a) Meeting Date: | 07/10/2019 |
| | | Claims Bar Date: | 07/11/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO SYNDIMATE **(u)** | $0.00 | $600,000.00 | | $325,000.00 | FA |
| Asset Notes: | Settlement reached with Syndimate 2017, LP, Syndimate LLC, Fundomate, Inc., and Funders Cloud LLC (Syndimate Defendants) for $325,000 per Court order entered 1/13/2021. | | | | | |
| 11 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO TESLA FINANCE LLC **(u)** | $0.00 | $40,000.00 | | $15,000.00 | FA |
| Asset Notes: | The Trustee has negotiated a settlement with Tesla for $15,000.  The compromise motion was filed on 9/15/22 and the order approving the motion was entered on 10/11/2022.  Settlement funds to be paid by November 1, 2022. | | | | | |
| 12 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO TEZO, INC. **(u)** | $0.00 | $223,000.00 | | $125,000.01 | FA |
| Asset Notes: | Settlement reached between the Estate and Tezo, Inc. for $125,000 per Court order entered 2/4/21. | | | | | |
| 13 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO UNITED STATES POSTAL SERVICE **(u)** | $0.00 | $2,600,000.00 | | $600,000.00 | FA |
| Asset Notes: | The Trustee settled with the United States Postal Service for $600,000 which was approved per Court order entered 8/23/2021. | | | | | |
| 14 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO QUADIENT, INC. FKA NEOPOST USA INC. **(u)** | $0.00 | $25,000.00 | | $25,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Quadient, Inc. fka Neopost USA, Inc. for $25,000 which was approved by Court order entered 6/16/2021. | | | | | |
| 15 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS SCREEN GP AMERICAS LLC **(u)** | $0.00 | $45,000.00 | | $45,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Screen GP Americas LLC for $45,000 which was approved by Court order entered 6/16/2021. | | | | | |
| 16 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS W+D NORTH AMERICA, INC. **(u)** | $0.00 | $40,000.00 | | $40,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and W+D North America, Inc. for $40,000 which was approved by Court order entered 6/30/2021. | | | | | |
| 17 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS CONNEMARA CONVERTING, LLC **(u)** | $0.00 | $25,000.00 | | $25,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Connemara Converting LLC for $25,000 which was approved by Court order entered 7/12/2021. | | | | | |
| 18 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS - PAPER 360, INC. **(u)** | $0.00 | $150,000.00 | | $150,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and Paper 360, Inc. for $150,000 which was approved by Court order entered 7/12/2021. | | | | | |

| | |
|---|---|
| **Case No.:** 19-11218-SC | **Trustee Name:** Jeffrey I. Golden |
| **Case Name:** US DIRECT LLC | **Date Filed (f) or Converted (c):** 04/01/2019 (f) |
| **For the Period Ending:** 11/8/2022 | **§341(a) Meeting Date:** 07/10/2019 |
| | **Claims Bar Date:** 07/11/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS - VISION ENVELOPE AND PRINTING CO. **(u)** | $0.00 | $40,000.00 | | $40,000.00 | FA |
| **Asset Notes:** | Settlement reached between the Trustee and Vision Envelope and Printing Co. for $40,000 which was approved by Court order entered 8/24/2021. | | | | | |
| 20 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS - CENVEO WORLDWIDE LIMITED **(u)** | $0.00 | $185,000.00 | | $185,000.00 | FA |
| **Asset Notes:** | Settlement reached between the Trustee and Cenveo Worldwide Limited for $185,000 which was approved by Court order entered 9/1/2021. | | | | | |
| 21 | LEASED EQUIPMENT LOCATED AT 1700 BARRANCA PKWY, IRVINE; ABANDONED BY THE TRUSTEE PER NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY ASSETS FILED ON 10/08/19 (DOCKET #132) **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 1  WINKLER DUNNEBIER 102 4 INK PRESS; MODEL RW67182 MFG 1987; SN-0043B-05-01<br>1  TOYOTAL CASCADE FORKLIFT; SN-2336154-T1<br>1  CASTAIR COMPRESSOR, MODEL 1518VCI-5 80 GALL<br>1  INGERSOLL RAND COMPRESSOR<br>1  WOLFTECK SHRINK WRAP MACHINE<br>1  BAUM BINDERY MACHINE<br>1  GRANDTEC CUTTING PLOTTER; 2017-1201; A<br>1  VING HOT COOL LAMINATOR - MY7BK6400D<br>1  IMJ 1600 HEAT CONTROL LAMINATOR<br>1  HP LATEX 560, MODEL MOE29A; SN-M47BK6400D<br>2  HP INDIGO 7 DIGITAL PRESS, C02 NEUTRAL; MFG 2015<br>(1)SN-ILY45182005<br>(1`) SN-IL45143016<br>1  POSTMATIC MAILING MACHINE 1UX, VACUME BASE SN+8507<br>4  POSTMATIC INLINE STAMPING BASE PRINT<br>(2)M6 PRINT ONE; SN#-6702028, 6702025<br>(2)M7 PRINT ONE: SN#-7702015, 7702016 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4          Exhibit A

| Case No.: | 19-11218-SC | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | US DIRECT LLC | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | §341(a) Meeting Date: | 07/10/2019 |
| | | Claims Bar Date: | 07/11/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO ALL WEB LEADS, INC. **(u)** | $0.00 | $15,000.00 | | $15,000.00 | FA |
| Asset Notes: | Settlement reached between the Trustee and All Web Leads, Inc. for $15,000 which was approved by Court order entered 10/4/2021. | | | | | |
| 23 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS TO ENDURANCE WARRANTY SERVICES, LLC **(u)** | $0.00 | $10,000,000.00 | | $0.00 | FA |
| Asset Notes: | The Trustee entered into a settlement with Endurance Warranty Services, LLC which was approved by Court order entered 5/31/2022.  The settlement allowed for claim #25 filed by Endurance to be deemed amended and allowed as a general unsecured claim in the reduced amount of $3,800,000.00. | | | | | |
| 24 | AVOIDANCE ACTION - PREFERENTIAL TRANSFERS - AUDREY NGUYEN **(u)** | $0.00 | $150,000.00 | | $0.00 | FA |
| Asset Notes: | Complaint filed on January 14, 2022.  Trustee is in the process of negotiating a settlement.  An agreement has been reached and a motion approving the settlement filed on October 28, 2022.  Claim 24-2 filed by Audrey Nguyen will be allowed as a priority general unsecured claim in the amount of $18,644.73 and the general unsecured portion will be allowed in the amount of $0.00. | | | | | |

**TOTALS (Excluding unknown value)**

Gross Value of Remaining Assets

$0.00            $16,957,189.31            $3,398,509.34            $0.00

**Major Activities affecting case closing:**

FORM 1

Page No:    5        Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 19-11218-SC | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | US DIRECT LLC | | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | | §341(a) Meeting Date: | 07/10/2019 |
| | | | Claims Bar Date: | 07/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/30/2022    P.E. 9/30/2022:  The TFR was submitted to the Office of the US Trustee on October 28, 2022.

FINAL REPORT:  All avoidance actions have been administered and all settlement funds have been received.

All claims have been reviewed and motions filed.  Estate tax returns were mailed out to the taxing authorities on or around September 1, 2022.

P.E. 9/30/2021:  On April 1, 2019 (the "Petition Date"), Future Logistics, Inc. filed an involuntary chapter 7 petition for US Direct, LLC (the "Debtor").  The Court entered an order for relief effective June 28, 2019, and Jeffrey I. Golden (the "Trustee") was appointed as chapter 7 trustee at or about that time.  Shortly following the Trustee's appointment, the Trustee sought and obtained approval to employ my former firm, Landau Gottfried & Berger LLP (now known as Landau Law LLP), as general bankruptcy counsel for the estate.  In January of 2020, I departed the Landau firm and joined Elkins Kalt ("EK").  The Trustee subsequently sought and obtained approval to employ EK as general bankruptcy counsel for the estate, and to terminate the Landau firm as counsel in this matter.

To date, the Debtor has done little to comply with its obligations under the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.  To address this, the Trustee sought and obtained an order designating one of the two principals of the Debtor, Brian Hauck, as the "Debtor" pursuant to Rule 9001(5).  Since that time, Mr. Hauck has been cooperative and has provided backups of his computer and iPhone (which contain communications and other documents of the Debtor).  EK also has sought and obtained 2004 orders to obtain the Debtor's books and records from certain third parties (e.g., financial institutions and an IT company formerly employed by the Debtor).

EK has worked with the Trustee's accountants, Grobstein Teeple LLP ("GT"), in GT's reconstruction of the Debtor's financial records and in its analysis of certain of the Debtor's financial transactions.  When it became apparent that the Debtor would not be able to fully comply with its obligations, EK and GT worked together to prepare Schedules and the Statement of Financial Affairs, which I expect will be filed in the coming weeks.

The Trustee also has worked to obtain the Debtor's cooperation by designating the Debtor's other principal, Derek Doherty, as the "Debtor" pursuant to Rule 9001(5).  The Court initially denied the Trustee's 9001(5) motion as to Mr. Doherty based on his counsel's unsupported assertion (at the day of the hearing) that Mr. Doherty had resigned as the President of the Debtor post-petition and therefore could not be designated as the Debtor under Rule 9001(5).  After multiple hearings and extensive briefing, the Court reconsidered its decision and designated Mr. Doherty as the Debtor.  That decision presently is on appeal before the District Court.  Mr. Doherty has sought a stay pending appeal of the Bankruptcy Court's order from the District Court.  The District Court denied that request, reasoning that Mr. Doherty has shown little to no likelihood of succeeding on the merits of the appeal.

The Court also has ordered Mr. Doherty to produce to the Trustee all of the Debtor's books and records in Mr. Doherty's possession, overruling his assertion of the Fifth Amendment privilege against self-incrimination.  The Trustee presently is working with Mr. Doherty through counsel to obtain his cooperation with the Trustee's administration efforts.

Avoidance Actions:

In April 2020, the Trustee sought and obtained approval to employ EK as special litigation counsel on a contingency fee basis.  Since that time, the Trustee has filed multiple adversary proceedings on behalf of the estate.  The Trustee also has resolved – without the need for filing litigation – multiple avoidance actions.  The following is a summary of the pending and

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   6                 Exhibit A

| Case No.: | 19-11218-SC | Trustee Name: | Jeffrey I. Golden |
| Case Name: | US DIRECT LLC | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | §341(a) Meeting Date: | 07/10/2019 |
| | | Claims Bar Date: | 07/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

resolved actions:

Abdullah Jafrey        8:20-ap-01083-MW        $63,180.00        Settlement approved - $37,000.

All Web Leads   n/a   $26,413.70        Settlement approved - $15,000.

American Express   8:20-ap-01103-MW        $1,034,000.00        Settlement approved - $75,000 and partial subordination of AMEX's unsecured claim.

Capital One   8:20-ap-01067-MW        $460,000.00        Settlement approved - $305,000.

Cenveo   n/a   $318,382.70        Settlement approved - $185,000.

Connemara Converting   n/a   $72,904.76        Settlement approved - $25,000 and waiver of priority claim of approximately $20,000.

Fletcher Jones   8:20-ap-01102-MW        $65,000.00        Discovery phase.

Jordan Batt   n/a   ~$2,600,000.00        Settlement approved - $1,025,000.

Kern Inc.   n/a   $170,000.00        Settlement approved - $70,000.

Neopost/Quadient   n/a   $40,000.00        Settlement approved - $25,000.

Oregon Corrections Enterprises   n/a   $222,074.03        Settlement approved - $180,000.

Paper 360   n/a   $253,000.00        Settlement approved - $150,000.

RP/Essex   8:20-ap-01082-MW        $42,071.00        Settlement approved - $25,000.

Syndimate   8:20-ap-01099-MW        $600,000.00        Settlement approved - $325,000.

Screen GP Americas   n/a   $130,031.47        Settlement approved - $45,000.

Tesla Finance LLC   8:20-ap-01081-MW        $40,000.00        Discovery phase.

Tezo, Inc.   8:20-ap-01080-MW        $223,000.00        Settlement approved - $125,000.

Vision Envelope   n/a   $108,927.00        Settlement approved - $40,000 (hardship)

United States Postal Service   n/a   ~$2,600,000.00        Settlement approved - $600,000.

W+D North America   n/a   $75,000.00        Settlement approved - $40,000.

In total, the Trustee has recovered over $3,300,000 for the benefit of the estate.

The Trustee is in the process of analyzing additional avoidance actions that can be filed for the benefit of the estate.  The Trustee is preparing and intends to file an avoidance action against the Debtor's largest pre-petition customer (and the estate's largest creditor), Endurance Warranty Services, LLC.  The Trustee's investigation has revealed that, in the year prior to the Petition Date, the Debtor provided free mail and data services to Endurance pursuant to a "performance guarantee" agreement between the parties.  The free services total at least $10 million.  The Trustee is in the process of investigating the facts and law relating to the claims against Endurance and will file a complaint at the appropriate time.

To aid the Trustee in the above-referenced avoidance actions, the Trustee sought and obtained an order authorizing the employment of Force Ten Partners, LLC as the Trustee's expert witness (to render an expert opinion on, among other matters, the Debtor's insolvency at various times).

FORM 1

Page No:    7    Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 19-11218-SC | | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | US DIRECT LLC | | | Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | | | §341(a) Meeting Date: | 07/10/2019 |
| | | | | Claims Bar Date: | 07/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Criminal Referral:

The Trustee's investigation has uncovered numerous acts by the Mr. Doherty and others that may constitute federal crimes. The Trustee has prepared and made a criminal referral. The Trustee likely will supplement that referral as additional information and/or additional crimes are discovered.

The Trustee anticipates submitting his Final Report to the OUST before March 31, 2022.

P.E. 9/30/20: On April 1, 2019 (the "Petition Date"), Future Logistics, Inc. filed an involuntary chapter 7 petition for US Direct, LLC (the "Debtor"). The Court entered an order for relief effective June 28, 2019, and Jeffrey I. Golden (the "Trustee") was appointed as chapter 7 trustee at or about that time. Shortly following the Trustee's appointment, the Trustee sought and obtained approval to employ my former firm, Landau Gottfried & Berger LLP (now known as Landau Law LLP), as general bankruptcy counsel for the estate. In January of 2020, I departed the Landau firm and joined Elkins Kalt ("EK"). The Trustee subsequently sought and obtained approval to employ EK as general bankruptcy counsel for the estate, and to terminate the Landau firm as counsel in this matter.

To date, the Debtor has done little to comply with its obligations under the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. To address this, the Trustee sought and obtained an order designating one of the two principals of the Debtor, Brian Hauck, as the "Debtor" pursuant to Rule 9001(5). Since that time, Mr. Hauck has been cooperative and has provided backups of his computer and iPhone (which contain communications and other documents of the Debtor). EK also has sought and obtained 2004 orders to obtain the Debtor's books and records from certain third parties (e.g., financial institutions and an IT company formerly employed by the Debtor).

The Trustee has worked with EK and the Trustee's accountants, Grobstein Teeple LLP ("GT"), in GT's reconstruction of the Debtor's financial records and in its analysis of certain of the Debtor's financial transactions. When it became apparent that the Debtor would not be able to fully comply with its obligations, the Trustee, EK and GT prepared Schedules and the Statement of Financial Affairs, which are expected to be filed in the coming weeks.

The Trustee also has worked to obtain the Debtor's cooperation by designating the Debtor's other principal, Derek Doherty, as the "Debtor" pursuant to Rule 9001(5). The Court initially denied the Trustee's 9001(5) motion as to Mr. Doherty based on his counsel's unsupported assertion (at the day of the hearing) that Mr. Doherty had resigned as the President of the Debtor post-petition and therefore could not be designated as the Debtor under Rule 9001(5). After multiple hearings and extensive briefing, the Court reconsidered its decision and designated Mr. Doherty as the Debtor.

The Court also has ordered Mr. Doherty to produce to the Trustee all of the Debtor's books and records in Mr. Doherty's possession, overruling his assertion of the Fifth Amendment privilege against self-incrimination. The Court will hold an in camera hearing in mid-December regarding Mr. Doherty's assertion of the Fifth Amendment in connection with oral testimony.

AVOIDANCE ACTIONS:

In April 2020, the Trustee sought and obtained approval to employ EK as special litigation counsel on a contingency fee basis. Since that time, the Trustee has filed multiple adversary proceedings on behalf of the estate. The Trustee also has resolved – without the need for filing litigation – multiple avoidance actions. The following is a summary of the pending and

FORM 1

Page No: 8          Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 19-11218-SC | | Trustee Name: | | Jeffrey I. Golden |
| Case Name: | US DIRECT LLC | | Date Filed (f) or Converted (c): | | 04/01/2019 (f) |
| For the Period Ending: | 11/8/2022 | | §341(a) Meeting Date: | | 07/10/2019 |
| | | | Claims Bar Date: | | 07/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

resolved actions:

Abdullah Jafrey
8:20-ap-01083-MW
$63,180.00
Default judgment entered; settlement discussions are underway.

American Express
8:20-ap-01103-MW
$1,034,000.00
Discovery phase.

Capital One
8:20-ap-01067-MW
$460,000.00
Settlement approved - $305,000.

Advantage Sales & Marketing LLC (Advantage)
$52,009.31
Settlement approved - $52,009.31

Fletcher Jones
8:20-ap-01102-MW
$65,000.00
Mediation scheduled.

Jordan Batt
$2,600,000.00
Settlement approved - $1,025,000.

Kern Inc.
$170,000.00
Settlement approved - $70,000.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   9        Exhibit A

| Case No.: | 19-11218-SC |
| Case Name: | US DIRECT LLC |
| For the Period Ending: | 11/8/2022 |

| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| §341(a) Meeting Date: | 07/10/2019 |
| Claims Bar Date: | 07/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Oregon Corrections Enterprises
$222,074.03
Settlement approved - $180,000.

RP/Essex  8:20-ap-01082-MW
$42,071.00
Settlement approved - $25,000.

Syndimate
8:20-ap-01099-MW
$600,000.00
Mediation scheduled.

Tesla Finance LLC
8:20-ap-01081-MW
$40,000.00
Discovery phase.

Tezo, Inc.
8:20-ap-01080-MW
$223,000.00
Discovery phase.

United States Postal Service
$2,600,000.00
Informal (pre-filing) discovery and settlement discussions underway.

In total, the Trustee has recovered $1,605,000 for the benefit of the estate.

The Trustee is in the process of analyzing additional avoidance actions that can be filed for the benefit of the estate.  The Trustee is preparing and intends to file an avoidance action against the Debtor's largest pre-petition customer (and the estate's largest creditor), Endurance Warranty Services, LLC.  The Trustee's investigation has revealed that, in the year prior to the Petition Date, the Debtor provided free mail and data services to Endurance pursuant to a "performance guarantee" agreement between the parties.  The free services total at least

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    10          Exhibit A

| Case No.: | 19-11218-SC |
| Case Name: | US DIRECT LLC |
| For the Period Ending: | 11/8/2022 |

| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 04/01/2019 (f) |
| §341(a) Meeting Date: | 07/10/2019 |
| Claims Bar Date: | 07/11/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

$10 million.  The Trustee is in the process of investigating the facts and law relating to the claims against Endurance and will file a complaint at the appropriate time.

To aid the Trustee in the above-referenced avoidance actions, the Trustee sought and obtained an order authorizing the employment of Force Ten Partners, LLC as the Trustee's expert witness (to render an expert opinion on, among other matters, the Debtor's insolvency at various times).

The Trustee's investigation has uncovered numerous acts by the Mr. Doherty and others that may constitute federal crimes.  The Trustee has prepared and made a criminal referral.  The Trustee likely will supplement that referral as additional information and/or additional crimes are discovered.

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 10/31/2022 |

/s/ JEFFREY I. GOLDEN

JEFFREY I. GOLDEN

Case 8:19-bk-11218-SC    Doc 579    Filed 12/21/22    Entered 12/21/22 15:06:39    Desc Page No: 1    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-11218-SC | Trustee Name: Jeffrey I Golden |
| Case Name: | US DIRECT LLC | Bank Name: Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | Checking Acct #: ******1218 |
| Co-Debtor Taxpayer ID #: | | Account Title: CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 11/8/2022 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2019 | (3) | ADVANTAGE SOLUTIONS | SETTLEMENT PAYMENT PER COURT ORDER ENTERED 11/20/19 | 1249-000 | $52,009.31 | | $52,009.31 |
| 12/17/2019 | 1001 | INDEPENDENT MANAGEMENT SERVICES | FIELD AGENT FEES PAID PER COURT ORDER ENTERED 11/15/19 | 3991-400 | | $3,450.00 | $48,559.31 |
| 12/17/2019 | 1002 | INDEPENDENT MANAGEMENT SERVICES | FIELD AGENT EXPENSES PAID PER COURT ORDER ENTERED 11/15/19 | 3992-410 | | $64.53 | $48,494.78 |
| 03/18/2020 | 1003 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2020 to 1/4/2021 | 2300-000 | | $39.78 | $48,455.00 |
| 07/31/2020 | (1) | ESSEX SKYLINE, LP | SETTLEMENT PER COURT ORDER ENTERED 7/14/2020 | 1249-000 | $25,000.00 | | $73,455.00 |
| 08/12/2020 | (2) | OREGON CORRECTIONS ENTERPRISES | SETTLEMENT PER COURT ORDER ENTERED 7/14/2020 | 1249-000 | $180,000.00 | | $253,455.00 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $275.86 | $253,179.14 |
| 09/11/2020 | 1004 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENTS ENTERED INTO WITH RP/ESSEX SKYLINE HOLDINGS AND OREGON CORRECTIONS ENTERPRISES; PAID PER COURT ORDER ENTERED 4/28/20 | 3210-000 | | $82,000.00 | $171,179.14 |
| 09/14/2020 | 1004 | VOID: ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | CHECK ISSUED IN ERROR | 3210-603 | | ($82,000.00) | $253,179.14 |
| 09/14/2020 | 1005 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT ENTERED INTO WITH RP/ESSEX SKYLINE HOLDINGS; PAID PER COURT ORDER ENTERED 4/28/20 (EMPLOYMENT ORDER) AND ORDER ENTERED 7/14/20 (ORDER APPROVING COMPROMISE) | 3210-000 | | $10,000.00 | $243,179.14 |
| | | **SUBTOTALS** | | | $257,009.31 | $13,830.17 | |

FORM 2

Page No: 2

Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-11218-SC | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | US DIRECT LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | | Checking Acct #: | ******1218 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received to From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/14/2020 | 1006 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT ENTERED INTO WITH OREGON CORRECTIONS ENTERPRISES; PAID PER COURT ORDER ENTERED 4/28/20 (EMPLOYMENT ORDER) AND ORDER ENTERED 7/14/20 (ORDER APPROVING COMPROMISE) | 3210-000 | | $72,000.00 | $171,179.14 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $311.48 | $170,867.66 |
| 10/06/2020 | (4) | KERN USA LLC | SETTLEMENT PER COURT ORDER ENTERED 9/15/2020 WIRED IN ON 10/5/2020 | 1249-000 | $70,000.00 | | $240,867.66 |
| 10/16/2020 | 1007 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT ENTERED INTO WITH KERN USA LLC; PAID PER COURT ORDER 9/15/20 | 3210-000 | | $28,000.00 | $212,867.66 |
| 10/19/2020 | (5) | THOMPSON HINE LLP | SETTLEMENT PER COURT ORDER ENTERED 9/29/2020 (JORDAN M. BATT SETTLEMENT) WIRED IN ON 10/16/2020 | 1249-000 | $1,025,000.00 | | $1,237,867.66 |
| 10/19/2020 | 1008 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT WITH JORDAN M. BATT; PAID PER COURT ORDER ENTERED 9/29/2020 | 3210-000 | | $410,000.00 | $827,867.66 |
| 10/20/2020 | (6) | CAPITAL ONE SERVICES LLC | SETTLEMENT PER COURT ORDER ENTERED 9/28/2020 (CAPITAL ONE SETTLEMENT) WIRED IN ON 10/19/2020 | 1249-000 | $305,000.00 | | $1,132,867.66 |
| 10/20/2020 | 1009 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT WITH CAPITAL ONE; PAID PER COURT ORDER ENTERED 9/28/2020 | 3210-000 | | $122,000.00 | $1,010,867.66 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,026.14 | $1,009,841.52 |
| | | | **SUBTOTALS** | | $1,400,000.00 | $633,337.62 | |

FORM 7
CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 19-11218-SC | | Trustee Name: | Jeffrey I Golden |
| Case Name: | US DIRECT LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | | Checking Acct #: | ******1218 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2020 | 1010 | INTERNATIONAL SURETIES LTD. | BOND #016030866 (EFFECTIVE 10/1/20 | 2300-000 | | $10.11 | $1,009,831.41 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,472.64 | $1,008,358.77 |
| 12/03/2020 | 1011 | DIAMOND MCCARTHY LLP | MEDIATION FEE PAID PER COURT ORDER ENTERED 10/29/20 | 3721-000 | | $1,787.50 | $1,006,571.27 |
| 12/14/2020 | 1012 | DAVID W. MEADOWS, ESQ. | MEDIATION FEE - PAID PER COURT ORDER ENTERED 10/16/20 | 3721-000 | | $2,500.00 | $1,004,071.27 |
| 12/17/2020 | 1013 | JUDICATE WEST | MEDIATION FEE; INVOICE NO. 518546 PAID PER COURT ORDER ENTERED 12/3/20 | 3721-000 | | $6,000.00 | $998,071.27 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,464.51 | $996,606.76 |
| 01/04/2021 | 1014 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTORNEY FOR TRUSTEE - INTERIM FEES PAID PER COURT ORDER ENTERED 1/4/21 | 3210-000 | | $160,972.50 | $835,634.26 |
| 01/04/2021 | 1015 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTORNEY FOR TRUSTEE - INTERIM EXPENSES PAID PER COURT ORDER ENTERED 1/4/21 | 3220-000 | | $2,849.29 | $832,784.97 |
| 01/04/2021 | 1016 | GROBSTEIN TEEPLE, LLP | ACCOUNT FOR TRUSTEE - INTERIM FEES PAID PER COURT ORDER ENTERED 1/4/21 | 3410-000 | | $121,006.00 | $711,778.97 |
| 01/04/2021 | 1017 | LANDAU LAW LLP | FORMER ATTORNEY FOR TRUSTEE - FINAL FEES PAID PER COURT ORDER ENTERED 1/4/21 | 3210-000 | | $82,643.50 | $629,135.47 |
| 01/04/2021 | 1018 | LANDAU LAW, LLP | FORMER ATTORNEY FOR TRUSTEE - FINAL EXPENSES PAID PER COURT ORDER ENTERED 1/4/21 | 3220-000 | | $3,195.89 | $625,939.58 |
| 01/21/2021 | 1019 | INTERNATIONAL SURETIES LTD. | Bond #016229732 | 2300-000 | | $371.44 | $625,568.14 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,114.35 | $624,453.79 |
| 02/02/2021 | (10) | FUNDOMATE INC. | INITIAL SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 2/1/21 | 1249-000 | $75,000.00 | | $699,453.79 |
| | | | **SUBTOTALS** | | $75,000.00 | $385,387.73 | |

FORM 2
Page No: 4
Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-11218-SC | |
| **Case Name:** | US DIRECT LLC | |
| **Primary Taxpayer ID #:** | **-***9777 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/1/2019 | |
| **For Period Ending:** | 11/8/2022 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I Golden |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1218 |
| **Account Title:** | CHECKING ACCOUNT |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2021 | 1020 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE ON INITIAL PAYMENT(FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $30,000.00 | $669,453.79 |
| 02/10/2021 | (12) | TRIALCREDIT BANK OF AMERICA | TEST ACH CREDIT RELATED TO TEZO, INC. SETTLEMENT PAYMENT | 1249-002 | $0.01 | | $669,453.80 |
| 02/10/2021 | (12) | TEZO, INC. | SETTLEMENT PAYMENT PER COURT ORDER ENTERED 2/4/21 | 1249-002 | $125,000.00 | | $794,453.80 |
| 02/10/2021 | 1021 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE FROM SETTLEMENT WITH TEZO, INC.; PAID PER COURT ORDER ENTERED 2/4/21 | 3210-000 | | $50,000.00 | $744,453.80 |
| 02/10/2021 | 1021 | VOID: ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | VOIDED AND REISSUED DUE TO PRINTER ERROR | 3210-003 | | ($50,000.00) | $794,453.80 |
| 02/10/2021 | 1022 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE 40% CONTINGENCY FEE FROM SETTLEMENT WITH TEZO, INC.; PAID PER COURT ORDER ENTERED 2/4/21 | 3210-000 | | $50,000.00 | $744,453.80 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,112.76 | $743,341.04 |
| 03/04/2021 | (10) | FUNDOMATE INC. | SETTLEMENT PAYMENT - SYNDIATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 3/3/21 MONTHLY INSTALLMENT 1 OF 12 | 1249-000 | $15,000.00 | | $758,341.04 |
| 03/10/2021 | (8) | AMERICAN EXPRESS | SETTLEMENT PAYMENT WIRED IN ON 3/9/21 PER COURT ORDER ENTERED | 1249-000 | $75,000.00 | | $833,341.04 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,184.63 | $832,156.41 |
| 04/09/2021 | 1023 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE (AMEX) PAID PER COURT ORDER ENTERED 4/8/2021 | 3210-000 | | $30,000.00 | $802,156.41 |

**SUBTOTALS** $215,000.01     $112,297.39

Exhibit B

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 19-11218-SC | | | **Trustee Name:** | Jeffrey I Golden | |
| **Case Name:** | US DIRECT LLC | | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***9777 | | | **Checking Acct #:** | ******1218 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | CHECKING ACCOUNT | |
| **For Period Beginning:** | 4/1/2019 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 11/8/2022 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/13/2021 | (10) | FUNDOMATE, INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 4/12/21; MONTHLY INSTALLMENT 2 OF 12 | 1249-000 | $15,000.00 | | $817,156.41 |
| 04/15/2021 | 1024 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 1ST AND 2ND MONTHLY PAYMENTS (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $12,000.00 | $805,156.41 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,205.99 | $803,950.42 |
| 05/06/2021 | (10) | FUNDOMATE  INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 5/5/21; MONTHLY INSTALLMENT 3 OF 12 | 1249-000 | $15,000.00 | | $818,950.42 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,192.52 | $817,757.90 |
| 06/04/2021 | (10) | FUNDOMATE INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 6/2/21; MONTHLY INSTALLMENT 4 OF 12 | 1249-000 | $15,000.00 | | $832,757.90 |
| 06/29/2021 | (14) | Quadient. Inc | SETTLEMENT PAYMENT PER COURT ORDER ENTERED 6/16/21 QUADIENT, INC. FKA NEOPOST USA | 1249-000 | $25,000.00 | | $857,757.90 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,213.65 | $856,544.25 |
| 07/07/2021 | 1025 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 3RD AND 4TH MONTHLY PAYMENTS (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $12,000.00 | $844,544.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $70,000.00 | $27,612.16 |

Page No.: 6

Exhibit B

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 19-11218-SC | | | **Trustee Name:** | Jeffrey I Golden | |
| **Case Name:** | US DIRECT LLC | | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***9777 | | | **Checking Acct #:** | ******1218 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | CHECKING ACCOUNT | |
| **For Period Beginning:** | 4/1/2019 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 11/8/2022 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2021 | 1026 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED SETTLEMENT PAYMENT (QUADIENT, INC. FKA NEOPOST USA, INC.) PAID PER COURT ORDER ENTERED 6/16/21 | 3210-000 | | $10,000.00 | $834,544.25 |
| 07/13/2021 | (10) | FUNDOMATE, INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 7/2/21; MONTHLY INSTALLMENT 5 OF 12 | 1249-000 | $15,000.00 | | $849,544.25 |
| 07/13/2021 | (15) | SCREEN GP AMERICAS LLC | SETTLEMENT PAID PER COURT ORDER ENTERED 6/16/21 WIRED IN ON 7/8/21 | 1249-000 | $45,000.00 | | $894,544.25 |
| 07/13/2021 | (16) | W+D NORTH AMERICA, INC. | SETTLEMENT PER COURT ORDER ENTERED 6/30/21 WIRED IN ON 7/12/21 | 1249-000 | $40,000.00 | | $934,544.25 |
| 07/13/2021 | 1027 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 5TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $928,544.25 |
| 07/13/2021 | 1028 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED SETTLEMENT (SCREEN GP AMERICA'S LLC) PAID PER COURT ORDER ENTERED 6/16/21 | 3210-000 | | $18,000.00 | $910,544.25 |
| 07/13/2021 | 1029 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED SETTLEMENT (W+D NORTH AMERICA, INC.) PAID PER COURT ORDER ENTERED 6/30/2021 | 3210-000 | | $16,000.00 | $894,544.25 |
| 07/21/2021 | (17) | CONNEMARA CONVERTING WEST, LLC | SETTLEMENT PAYMENT - CONNEMARA PER COURT ORDER ENTERED 7/12/21 WIRED IN ON 7/16/21 | 1249-000 | $25,000.00 | | $919,544.25 |

| | | | **SUBTOTALS** | | $125,000.00 | $50,000.00 | |

FORM 2 — Page No: 7    Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-11218-SC | | Trustee Name: | Jeffrey I Golden |
| Case Name: | US DIRECT LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | | Checking Acct #: | ******1218 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2021 | 1030 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED SETTLEMENT (CONNEMARA CONVERTING, LLC) PAID PER COURT ORDER ENTERED 7/12/2021 | 3210-000 | | $10,000.00 | $909,544.25 |
| 07/27/2021 | (18) | PAPER 360, INC. | SETTLEMENT - PAPER 360, INC. PER COURT ORDER ENTERED 7/12/21 WIRED IN ON 7/21/21 | 1249-000 | $150,000.00 | | $1,059,544.25 |
| 07/27/2021 | 1031 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON $150,000 SETTLEMENT - PAPER 360, INC. PAID PER COURT ORDER ENTERED 7/12/21 | 3210-000 | | $60,000.00 | $999,544.25 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,408.10 | $998,136.15 |
| 08/12/2021 | (10) | FUNDOMATE, INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 8/6/2021; MONTHLY INSTALLMENT 6 OF 12 | 1249-000 | $15,000.00 | | $1,013,136.15 |
| 08/12/2021 | 1032 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 6TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,007,136.15 |
| 08/13/2021 | (7) | ABDULLAH JAFREY | SETTLEMENT PAYMENT - #1 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,013,302.82 |
| 08/27/2021 | (13) | UNITED STATES POSTAL SERVICE | SETTLEMENT PER COURT ORDER ENTERED 8/23/2021 | 1249-000 | $600,000.00 | | $1,613,302.82 |
| 08/30/2021 | 1033 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON U.S. POSTAL SERVICE SETTLEMENT PAID PER COURT ORDER ENTERED 8/23/21 | 3210-000 | | $240,000.00 | $1,373,302.82 |
| 08/31/2021 | (19) | VISION ENVELOPE AND PRINTING CO. | SETTLEMENT PER COURT ORDER ENTERED 8/24/21; WIRED IN ON 8/30/21 | 1249-000 | $40,000.00 | | $1,413,302.82 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,520.02 | $1,411,782.80 |

SUBTOTALS    $811,166.67    $318,928.12

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8            Exhibit B

| Case No. | 19-11218-SC | | Trustee Name: | Jeffrey I Golden |
| Case Name: | US DIRECT LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | | Checking Acct #: | ******1218 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received to From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2021 | 1034 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON VISION ENVELOPE AND PRINTING CO. SETTLEMENT; PAID PER COURT ORDER ENTERED 8/24/21 | 3210-000 | | $16,000.00 | $1,395,782.80 |
| 09/09/2021 | (7) | ABDULLAH JAFREY | SETTLEMENT PAYMENT - #2 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,401,949.47 |
| 09/16/2021 | (20) | CENVEO WORLDWIDE LIMITED | SETTLEMENT PER COURT ORDER ENTERED 9/1/21; WIRED IN ON 9/15/21 | 1249-000 | $185,000.00 | | $1,586,949.47 |
| 09/16/2021 | 1035 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON CENVEO WORLDWIDE LIMITED SETTLEMENT; PAID PER COURT ORDER ENTERED 9/1/21 | 3210-000 | | $74,000.00 | $1,512,949.47 |
| 09/21/2021 | (10) | FUNDOMATE INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 9/20/2021; MONTHLY INSTALLMENT 7 OF 12 | 1249-000 | $15,000.00 | | $1,527,949.47 |
| 09/21/2021 | 1036 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 7TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,521,949.47 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2,243.98 | $1,519,705.49 |
| 10/14/2021 | (10) | FUNDOMATE | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 10/04/2021; MONTHLY INSTALLMENT 8 OF 12 | 1249-000 | $15,000.00 | | $1,534,705.49 |
| 10/19/2021 | 1037 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 8TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,528,705.49 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2,236.65 | $1,526,468.84 |
| | | | **SUBTOTALS** | | $221,166.67 | $106,480.63 | |

FORM 2

Page No: 9

Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-11218-SC | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | US DIRECT LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9777 | Checking Acct #: | ******1218 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2021 | (7) | ABDULLAH JAFREY | SETTLEMENT PAYMENT - #3 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,532,635.51 |
| 11/04/2021 | (7) | ABDULLAH JAFREY | SETTLEMENT PAYMENT - #4 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,538,802.18 |
| 11/10/2021 | (10) | FUNDOMATE INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 11/04/2021; MONTHLY INSTALLMENT 9 OF 12 | 1249-000 | $15,000.00 | | $1,553,802.18 |
| 11/10/2021 | 1038 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 9TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,547,802.18 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2,256.94 | $1,545,545.24 |
| 12/15/2021 | (10) | FUNDOMATE INC. | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 12/13/2021; MONTHLY INSTALLMENT 10 OF 12 | 1249-000 | $15,000.00 | | $1,560,545.24 |
| 12/15/2021 | 1039 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 10TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,554,545.24 |
| 12/23/2021 | (7) | ABDULLAH JAFREY | SETTLEMENT PAYMENT - #5 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,560,711.91 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2,267.05 | $1,558,444.86 |
| 01/10/2022 | 1040 | INTERNATIONAL SURETIES LTD. | BOND #016229732 | 2300-000 | | $1,776.78 | $1,556,668.08 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2,271.64 | $1,554,396.44 |
| 02/04/2022 | (10) | FUNDOMATE | SETTLEMENT PAYMENT - SYNDIMATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 2/1/2022; MONTHLY INSTALLMENT 11 OF 12 | 1249-000 | $15,000.00 | | $1,569,396.44 |
| | | | **SUBTOTALS** | | $63,500.01 | $20,572.41 | |

Page No: 10    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-11218-SC | |
| Case Name: | US DIRECT LLC | |
| Primary Taxpayer ID #: | **-***9777 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/1/2019 | |
| For Period Ending: | 11/8/2022 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1218 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2022 | (22) | ALL WEB LEADS, INC | SETTLEMENT PAYMENT PER COURT ORDER ENTERED 10/4/2021 | 1249-000 | $15,000.00 | | $1,584,396.44 |
| 02/04/2022 | 1041 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON 11TH MONTHLY PAYMENT (FUNDOMATE/SYNDIMATE) PAID PER COURT ORDER ENTERED 1/13/21 | 3210-000 | | $6,000.00 | $1,578,396.44 |
| 02/04/2022 | 1042 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE BASED ON SETTLEMENT WITH ALL WEB LEADS, INC. PAID PER COURT ORDER ENTERED 10/4/2021 | 3210-000 | | $6,000.00 | $1,572,396.44 |
| 02/11/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $1,572,396.44 | $0.00 |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $3,252,842.67 | $3,252,842.67 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $1,572,396.44 | |
| **Subtotal** | $3,252,842.67 | $1,680,446.23 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $3,252,842.67 | $1,680,446.23 | |

| For the period of 4/1/2019 to 11/8/2022 | | For the entire history of the account between 11/20/2019 to 11/8/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,127,842.66 | Total Compensable Receipts: | $3,127,842.66 |
| Total Non-Compensable Receipts: | $125,000.01 | Total Non-Compensable Receipts: | $125,000.01 |
| Total Comp/Non Comp Receipts: | $3,252,842.67 | Total Comp/Non Comp Receipts: | $3,252,842.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,680,446.23 | Total Compensable Disbursements: | $1,680,446.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,680,446.23 | Total Comp/Non Comp Disbursements: | $1,680,446.23 |
| Total Internal/Transfer Disbursements: | $1,572,396.44 | Total Internal/Transfer Disbursements: | $1,572,396.44 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 19-11218-SC | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | US DIRECT LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9777 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/11/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $1,572,396.44 | | $1,572,396.44 |
| 03/02/2022 | (7) | ABDULLAH JAFREY | FINAL SETTLEMENT PAYMENT - #6 OF 6 PER COURT ORDER ENTERED 6/16/21 | 1249-000 | $6,166.67 | | $1,578,563.11 |
| 03/02/2022 | 5001 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE; ALL SETTLEMENT PAYMENTS FROM ABDULLAH JAFREY; PAID PER COURT ORDER ENTERED 6/16/21 | 3210-000 | | $14,800.00 | $1,563,763.11 |
| 03/10/2022 | (10) | FUNDOMATE, INC. | SETTLEMENT PAYMENT - SYNDIATE PER COURT ORDER ENTERED 1/13/21 WIRED IN ON 3/9/2022; MONTHLY INSTALLMENT 12 OF 12 | 1249-000 | $15,000.00 | | $1,578,763.11 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,551.54 | $1,576,211.57 |
| 04/05/2022 | (10) | FUNDOMATE, INC. | SETTLEMENT PAYMENT (PARTIAL PAYMENT ON FINAL $75K OWED); WIRED IN ON 4/4/22 | 1249-000 | $15,000.00 | | $1,591,211.57 |
| 04/08/2022 | (10) | FUNOMATE TECHNOLOGIES, INC. | INADVERTENTLY ENTERED IN TWICE | 1249-000 | $55,000.00 | | $1,646,211.57 |
| 04/08/2022 | (10) | FUNOMATE TECHNOLOGIES, INC. | SETTLEMENT PAYMENT (REMAINING PAYMENT ON FINAL $75K OWED); WIRED IN ON 4/7/22 | 1249-000 | $55,000.00 | | $1,701,211.57 |
| 04/08/2022 | (10) | DEP REVERSE: FUNOMATE TECHNOLOGIES, INC. | INADVERTENTLY ENTERED IN TWICE | 1249-000 | ($55,000.00) | | $1,646,211.57 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,636.96 | $1,643,574.61 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,566.67 | $1,641,007.94 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,562.66 | $1,638,445.28 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,643.95 | $1,635,801.33 |
| 08/11/2022 | (9) | FLETCHER JONES MOTORCARS | SETTLEMENT PER COURT ORDER ENTERED 8/4/22 | 1249-000 | $39,500.00 | | $1,675,301.33 |
| 08/11/2022 | 5002 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE; SETTLEMENT WITH FLETCHER JONES MOTOR CARS, INC.; PAID PER COURT ORDER ENTERED 8/4/22 | 3210-000 | | $15,800.00 | $1,659,501.33 |
| | | | **SUBTOTALS** | | $1,703,063.11 | $43,561.78 | |

FORM 2    Page No: 12    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-11218-SC | |
| Case Name: | US DIRECT LLC | |
| Primary Taxpayer ID #: | **-***9777 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/1/2019 | |
| For Period Ending: | 11/8/2022 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******1801 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2,675.87 | $1,656,825.46 |
| 10/19/2022 | 5003 | FRANCHISE TAX BOARD | STATE TAXES - FTB; FOR THE TAX YEAR ENDED 12/31/18; FORM 100S; PAID PER COURT ORDER ENTERED 10/18/22 | 2820-000 | | $1,031.00 | $1,655,794.46 |
| 10/19/2022 | 5004 | FRANCHISE TAX BOARD | STATE TAXES - FTB; FOR THE TAX YEAR ENDED 12/31/19; FORM 100S; PAID PER COURT ORDER ENTERED 10/18/22 | 2820-000 | | $1,040.00 | $1,654,754.46 |
| 10/19/2022 | 5005 | FRANCHISE TAX BOARD | STATE TAXES - FTB; FOR THE TAX YEAR ENDED 12/31/20; FORM 100S; PAID PER COURT ORDER ENTERED 10/18/22 | 2820-000 | | $1,023.00 | $1,653,731.46 |
| 10/19/2022 | 5006 | FRANCHISE TAX BOARD | STATE TAXES - FTB; FOR THE TAX YEAR ENDED 12/31/21; FORM 100S; PAID PER COURT ORDER ENTERED 10/18/22 | 2820-000 | | $1,022.00 | $1,652,709.46 |
| 10/19/2022 | 5007 | FRANCHISE TAX BOARD | STATE TAXES - FTB; FOR THE TAX YEAR ENDED 8/31/22; FORM 100S; PAID PER COURT ORDER ENTERED 10/18/22 | 2820-000 | | $814.00 | $1,651,895.46 |
| 11/02/2022 | 5008 | FUTURE LOGISTICS, INC. | ADMINISTRATIVE CLAIM PAID PER COURT ORDER ENTERED 10/21/2022 | 2990-800 | | $17,634.44 | $1,634,261.02 |
| 11/04/2022 | (11) | TESLA, INC. | SETTLEMENT PER COURT ORDER ENTERED 10/11/2022 | 1249-000 | $15,000.00 | | $1,649,261.02 |
| 11/07/2022 | 5009 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | SPECIAL COUNSEL FOR TRUSTEE - 40% CONTINGENCY FEE; SETTLEMENT WITH TESLA, INC.; PAID PER COURT ORDER ENTERED 10/11/22 | 3210-000 | | $6,000.00 | $1,643,261.02 |
| | | | **SUBTOTALS** | | $15,000.00 | $31,240.31 | |

FORM 2

Page No: 13      Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-11218-SC | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | US DIRECT LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9777 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 4/1/2019 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/8/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,718,063.11 | $74,802.09 | $1,643,261.02 |
| | | | **Less: Bank transfers/CDs** | | $1,572,396.44 | $0.00 | |
| | | | **Subtotal** | | $145,666.67 | $74,802.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $145,666.67 | $74,802.09 | |

| **For the period of 4/1/2019 to 11/8/2022** | | **For the entire history of the account between 02/11/2022 to 11/8/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $145,666.67 | Total Compensable Receipts: | $145,666.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $145,666.67 | Total Comp/Non Comp Receipts: | $145,666.67 |
| Total Internal/Transfer Receipts: | $1,572,396.44 | Total Internal/Transfer Receipts: | $1,572,396.44 |
| | | | |
| Total Compensable Disbursements: | $74,802.09 | Total Compensable Disbursements: | $74,802.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,802.09 | Total Comp/Non Comp Disbursements: | $74,802.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-11218-SC | |
| Case Name: | US DIRECT LLC | |
| Primary Taxpayer ID #: | **-***9777 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/1/2019 | |
| For Period Ending: | 11/8/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******1801 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,398,509.34 | $1,755,248.32 | $1,643,261.02 |

**For the period of 4/1/2019 to 11/8/2022**

| | |
|---|---|
| Total Compensable Receipts: | $3,273,509.33 |
| Total Non-Compensable Receipts: | $125,000.01 |
| Total Comp/Non Comp Receipts: | $3,398,509.34 |
| Total Internal/Transfer Receipts: | $1,572,396.44 |
| | |
| Total Compensable Disbursements: | $1,755,248.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,755,248.32 |
| Total Internal/Transfer Disbursements: | $1,572,396.44 |

**For the entire history of the case between 04/01/2019 to 11/8/2022**

| | |
|---|---|
| Total Compensable Receipts: | $3,273,509.33 |
| Total Non-Compensable Receipts: | $125,000.01 |
| Total Comp/Non Comp Receipts: | $3,398,509.34 |
| Total Internal/Transfer Receipts: | $1,572,396.44 |
| | |
| Total Compensable Disbursements: | $1,755,248.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,755,248.32 |
| Total Internal/Transfer Disbursements: | $1,572,396.44 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN

## Central District of California

## Claims Register

8:19-bk-11218-SC US Direct LLC

| | |
|---|---|
| **Judge:** Scott C Clarkson | **Chapter:** 7 |
| **Office:** Santa Ana | **Last Date to file claims:** |
| **Trustee:** Jeffrey I Golden (TR) | **Last Date to file (Govt):** 09/30/2019 |

---

*Creditor:*        (39552377)
EULER HERMES N.A as Agent for GLOBALTRANZ
ENTERPRI
800 Red Brook Blvd, #400C
Owings Mills, MD 21117

Amount claimed: $15622.09

**Claim No: 1**
*Original Filed Date:* 05/14/2019
*Original Entered Date:* 05/14/2019

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

GU Claim          OK

*History:*

Details    1-1    05/14/2019 Claim #1 filed by EULER HERMES N.A as Agent for GLOBALTRANZ ENTERPRI, Amount claimed: $15622.09 (AUTP)

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):9055

---

*Creditor:*        (39586853)
Neopost USA Inc.
c/o Loutissa Perry
478 Wheelers Farms Rd
Milford, CT 06461

Amount claimed: ~~$461538.89~~ $0.00

Cla
Orig
Orig

*Claim disallowed in its entirety per Court order entered 11-2-2022*

*History:*

Details    2-1    05/29/2019 Claim #2 filed by Neopost USA Inc., Amount claimed: $461538.89 (NB8)

        538    09/23/2022 Motion to Disallow Claims
                *Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claims Pursuant To 11 U.S.C. § 502: Claim No.: 2-1 Neopost U
                Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)*

        568    11/02/2022 Order Granting Motion Of Jeffrey I. Golden, Chapter 7 Trustee For Order Disallowing Claims Pursuant To 11 U.S.C. Section 502. IT IS
                Entirety. Claim Number 8-1 Filed By Syndimate 2017 LP In The Amount Of $1,339,200.00 Is DISALLOWED In Its Entirety. Amended
                (NB8) Status: Disallow

*Description:*

*Remarks:*

---

*Creditor:*        (39612043)
EULER HERMES N.A as Agent for REVIMEDIA, INC.
800 Red Brook Blvd, #400C
Owings Mills, MD 21117

Amount claimed: $194864.25

**Claim No: 3**
*Original Filed Date:* 06/12/2019
*Original Entered Date:* 06/12/2019

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

GU Claim          OK

*History:*

Details    3-1    06/12/2019 Claim #3 filed by EULER HERMES N.A as Agent for REVIMEDIA, INC., Amount claimed: $194864.25 (AUTP)

*Description:*

*Remarks:* (3-1) Account Number (last 4 digits):5710

---

*Creditor:*        (39612044)
EULER HERMES N.A as Agent for MYSTIC
LOGISTICS, IN
800 Red Brook Blvd, #400C
Owings Mills, MD 21117

Amount claimed: $504067.08

**Claim No: 4**
*Original Filed Date:* 06/12/2019
*Original Entered Date:* 06/12/2019

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

GU Claim          OK

*History:*

Details    4-1    06/12/2019 Claim #4 filed by EULER HERMES N.A as Agent for MYSTIC LOGISTICS, IN, Amount claimed: $504067.08 (AUTP)

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):8277

*Creditor:* (39612045)
EULER HERMES N.A a Agent for PAPER 360, INC.
800 Red Brook Blvd, #400C
Owings Mills, MD 21117
 Amount claimed: ~~$101289.55~~ **$0.00**

*Claim disallowed in its entirety per Court order entered 11-2-2022.*

*History:*

Details   5-1   06/12/2019 Claim #5 filed by EULER HERMES N.a Agent for PAPER 360, INC., Amount claimed: $101289.55 (AUTP)

     538   09/23/2022 Motion to Disallow Claims
         *Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claims Pursuant To 11 U.S.C. § 502: Claim No.: 2-1 Neopost L*
         Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)

     568   11/02/2022 Order Granting Motion Of Jeffrey I. Golden, Chapter 7 Trustee For Order Disallowing Claims Pursuant To 11 U.S.C. Section 502. IT IS
         Entirety. Claim Number 8-1 Filed By Syndimate 2017 LP In The Amount Of $1,339,200.00 Is DISALLOWED In Its Entirety. Amended
         (NB8) Status: Disallow

*Description:*

*Remarks:* (5-1) Account Number (last 4 digits):9471

---

*Creditor:* (39662388)
Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563
 Amount claimed: $7347.17

**Claim No: 6**
*Original Filed Date:* 07/05/2019
*Original Entered Date:* 07/05/2019

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

*GU claim*      **OK**

*History:*

Details   6-1   07/05/2019 Claim #6 filed by Penske Truck Leasing Co., L.P., Amount claimed: $7347.17 (AUTP)

*Description:*

*Remarks:* (6-1) Account Number (last 4 digits):UX90

---

*Creditor:* (39696082)
Fluent, Inc.
Jeffrey D. Cawdrey c/o Gordon Rees Scully Mansukha
101 W. Broadway Suite 2000
San Diego, CA 92101
 Amount claimed: $223690.34

**Claim No: 7**
*Original Filed Date:* 07/23/2019
*Original Entered Date:* 07/23/2019

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

*GU claim*      **OK**

*History:*

Details   7-1   07/23/2019 Claim #7 filed by Fluent, Inc., Amount claimed: $223690.34 (AUTP)

*Description:*

*Remarks:*

---

*Creditor:* (39803191)
Syndimate 2017 LP
5455 Wilshire Blvd. Ste 950
Los Angeles, CA 90036
 Amount claimed: ~~$1339200.00~~ **$000**

*Claim disallowed in its entirety per Court order entered 11-2-2022.*

*History:*

Details   8-1   09/13/2019 Claim #8 filed by Syndimate 2017 LP, Amount claimed: $1339200.00 (AUTP)

     538   09/23/2022 Motion to Disallow Claims
         *Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claims Pursuant To 11 U.S.C. § 502: Claim No.: 2-1 Neopost L*
         Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)

     568   11/02/2022 Order Granting Motion Of Jeffrey I. Golden, Chapter 7 Trustee For Order Disallowing Claims Pursuant To 11 U.S.C. Section 502. IT IS
         Entirety. Claim Number 8-1 Filed By Syndimate 2017 LP In The Amount Of $1,339,200.00 Is DISALLOWED In Its Entirety. Amended
         (NB8) Status: Disallow

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):5487

---

*Creditor:* (39958948)
Oregon Corrections Enterprises
Marc Hull
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
 Amount claimed: $282172.39

**Claim No: 9**
*Original Filed Date:* 10/31/2019
*Original Entered Date:* 10/31/2019
*Last Amendment Filed:* 09/03/2020
*Last Amendment Entered:* 09/03/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 09/03/2020

*GU claim*      **OK**

*History:*

Details   9-1   10/31/2019 Claim #9 filed by Oregon Corrections Enterprises, Amount claimed: $324442.42 (AUTP)

Details   9-2   09/03/2020 Amended Claim #9 filed by Oregon Corrections Enterprises, Amount claimed: $282172.39 (AUTP)

*Description:*

*Remarks:*

*Creditor:*    (40006687)
Arash Durrani
c/o Ramsaur Law Office
Brett H. Ramsaur
2183 Fairview Road, Suite 221
Costa Mesa, CA 92627

Amount claimed: ~~$12000000.00~~

*History:*    $143,000.00

Details ◊  10-1  11/25/2019 Claim #10 filed by Arash Durrani, Amount claimed: $12000000.00 (Ramsaur, Brett)

*Description:* (10-1) Litigation (various claims, including breach of contract/fraud)
*Remarks:*

*Claim No:* (handwritten) 
*Original Filed Date:* 11/25/2019
*Original Entered Date:* 11/25/2019

*Status:*
*Filed by:* CR
*Entered by:* Brett Ramsaur
*Modified:*

**Claim allowed as a general unsecured claim in the amount of $143,000.00 per Ct. order entered 10-6-2022.**

---

*Creditor:*    (40135567)
Veritiv Operating Co., Inc.
c/o Alan L. Brodkin & Associates
15500 B Rockfield Boulevard
Irvine, CA 92618

Amount claimed: $278382.04

*History:*

Details ◊  11-1  02/07/2020 Claim #11 filed by Veritiv Operating Co., Inc., Amount claimed: $278382.04 (NB8)

*Description:*
*Remarks:*

*Claim No:* 11
*Original Filed Date:* 02/07/2020
*Original Entered Date:* 02/07/2020

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

**GU claim**    **OK**

---

*Creditor:*    (40337183)
American Express Travel Related Services Company, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amount claimed: $1004648.07

*History:*

Details ◊  12-1  06/12/2020 Claim #12 filed by American Express Travel Related Services Company,, Amount claimed: $929648.07 (Redmond, Elizabeth)

Details ◊  12-2  04/20/2021 Amended Claim #12 filed by American Express Travel Related Services Company,, Amount claimed: $1004648.07 (Bharatia, Shraddha)

*Description:*
*Remarks:* (12-2) UPDATE BASIS FOR THE CLAIM AND UPDATE BALANCE

*Claim No:* 12
*Original Filed Date:* 06/12/2020
*Original Entered Date:* 06/12/2020
*Last Amendment Filed:* 04/20/2021
*Last Amendment Entered:* 04/20/2021

*Status:*
*Filed by:* CR
*Entered by:* Shraddha Bharatia
*Modified:*    **OK**

**GU claim    Partially subordinated per settlement. Claimant shall not receive a distribution on this claim until other general unsecured claims have received a 10% distribution on their claims per Ct. order entered 4-8-2021.**

---

*Creditor:*    (40348878)
JC International Staffing Services, Inc.
c/o Jose Luis Cruz
3887 Via Zumaya Street
Corona, CA 92881

Amount claimed: ~~$168357.09~~ $0.00

*History:*

Details ◊  13-1  06/19/2020 Claim #13 filed by JC International Staffing Services, Inc., Amount claimed: $168357.09 (NB8)

*Description:*
*Remarks:*

*Claim No:* 13
*Original Filed Date:* 06/19/2020
*Original Entered Date:* 06/19/2020

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

**Claim disallowed in its entirety as a duplicate of Claim #34-1 per Ct. order entered 8-4-2022.**

---

*Creditor:*    (40350668)
CENVEO WORLDWIDE LIMITED
4115 PROFIT COURT
NEW ALBANY, IN 47150-4715

Amount claimed: $724665.27

*History:*

Details ◊  14-1  06/22/2020 Claim #14 filed by CENVEO WORLDWIDE LIMITED, Amount claimed: $724665.27 (AUTP)

*Description:*
*Remarks:* (14-1) Account Number (last 4 digits):9167

*Claim No:* 14
*Original Filed Date:* 06/22/2020
*Original Entered Date:* 06/22/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

**GU Claim**    **OK**

---

*Creditor:*    (40357481)
FRANCHISE TAX BOARD

*Claim No:* 15
*Original Filed Date:* 06/26/2020
*Original Entered Date:* 06/26/2020

*Status:*
*Filed by:* CR
*Entered by:* Kim Tho Nguyen
*Modified:*

BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Amount claimed: $3223.49
Priority claimed: $2499.26

*GU portion $724.23* **OK**

*History:*
Details    15-1    06/26/2020 Claim #15 filed by FRANCHISE TAX BOARD, Amount claimed: $3223.49 (Nguyen, Kim Tho)
*Description:* (15-1) Claim Filed
*Remarks:*

---

*Creditor:*    (40357614)
FRANCHISE TAX BOARD **(ADMINISTRATIVE)**
BANKRUPTCY SECTION MS A340
PO Box 2952
SACRAMENTO, CA 95812-2952

**Claim No: 16**
*Original Filed Date:* 06/26/2020
*Original Entered Date:* 06/26/2020
*Last Amendment Filed:* 04/08/2022
*Last Amendment Entered:* 04/08/2022

*Status:*
*Filed by:* CR
*Entered by:* Rebecca Estonilo
*Modified:*

*Administrative Tax Expense #2,939.38* **OK**

*History:*
Details    16-1    06/26/2020 Claim #16 filed by FRANCHISE TAX BOARD, Admin claimed: $800.00 (Nguyen, Kim Tho)
Details    16-2    02/02/2021 Amended Claim #16 filed by FRANCHISE TAX BOARD, Admin claimed: (Nguyen, Kim Tho)
Details    16-3    04/08/2022 Amended Claim #16 filed by FRANCHISE TAX BOARD, Admin claimed: (Estonilo, Rebecca)
*Description:* (16-1) 1825
(16-2) Claim Filed
(16-3) Claim Filed
*Remarks:*

---

*Creditor:*    (40367757)
Fairway Staffing Services, Inc.
Law Office of Ronald L. Gruzen
14724 Ventura Boulevard, Suite 200
Sherman Oaks, CA 91403

**Claim No: 17**
*Original Filed Date:* 07/01/2020
*Original Entered Date:* 07/01/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $108148.93

*GU claim* **OK**

*History:*
Details    17-1    07/01/2020 Claim #17 filed by Fairway Staffing Services, Inc., Amount claimed: $108148.93 (AUTP)
*Description:*
*Remarks:*

---

*Creditor:*    (40403734)
1700 Barranca Company, LLC
Bower & Associates, APLC
PO Box 11748
Newport Beach, CA 92658-9265

**Claim No: 18**
*Original Filed Date:* 07/29/2020
*Original Entered Date:* 07/29/2020
*Last Amendment Filed:* 07/29/2020
*Last Amendment Entered:* 07/29/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 07/29/2020

Amount claimed: $421737.83

*GU claim* **OK**

*History:*
Details    18-1    07/29/2020 Claim #18 filed by 1700 Barranca Company, LLC, Amount claimed: $463658.58 (AUTP)
Details    18-2    07/29/2020 Amended Claim #18 filed by 1700 Barranca Company, LLC, Amount claimed: $421737.83 (AUTP)
*Description:*
*Remarks:*

---

*Creditor:*    (40424821)
Farmers & Merchants Bank of Long Beach

**Claim No: 19**
*Original Filed Date:* 08/12/2020
*Original Entered Date:* 08/12/2020

*Status:*
*Filed by:* CR
*Entered by:* Ronald Appel
*Modified:*

Amount claimed: $41534.97

*GU claim* **OK**

*History:*
Details    19-1    08/12/2020 Claim #19 filed by Farmers & Merchants Bank of Long Beach, Amount claimed: $41534.97 (Appel, Ronald)
*Description:* (19-1) credit card debt
*Remarks:*

---

*Creditor:*    (40428382)
BRIVO Systems LLC
c/o Best Best & Krieger LLP

**Claim No: 20**
*Original Filed Date:* 08/13/2020
*Original Entered Date:* 08/13/2020

*Status:*
*Filed by:* CR
*Entered by:* Caroline Djang
*Modified:*

Attn: Caroline R. Djang, Esq.
18101 Von Karman Avenue, Suite 1000
Irvine, CA 92612

Amount claimed: $40800.00

*GU claim*    *OK*

*History:*

Details    🔗    20-1    08/13/2020 Claim #20 filed by BRIVO Systems LLC, Amount claimed: $40800.00 (Djang, Caroline)

*Description:*

*Remarks:*

---

Creditor:    (40444095)
Total Quality Logistics, LLC
Attn Joseph B. Wells, Asst Corp Counsel
4289 Ivy Pointe Blvd
Cincinnati, OH 45245

**Claim No: 21**
*Original Filed Date:* 08/25/2020
*Original Entered Date:* 08/25/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $153839.56

*GU claim*    *OK*

*History:*

Details    🔗    21-1    08/25/2020 Claim #21 filed by Total Quality Logistics, LLC, Amount claimed: $153839.56 (AUTP)

*Description:*

*Remarks:*

---

Creditor:    (40454452)
Future Logistics, Inc.
BEST BEST & KRIEGER LLP
Caroline R. Djang, Esq.
18101 Von Karman Avenue, Suite 1000
Irvine, CA 92612

**Claim No: 22**
*Original Filed Date:* 08/31/2020
*Original Entered Date:* 08/31/2020

*Status:*
*Filed by:* CR
*Entered by:* Caroline Djang
*Modified:*

Amount claimed: $362322.47

*GU claim*    *OK*

*History:*

Details    🔗    22-1    08/31/2020 Claim #22 filed by Future Logistics, Inc., Amount claimed: $362322.47 (Djang, Caroline)

*Description:*

*Remarks:*

---

Creditor:    (40459511)
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, Suite 3000
Attn: Jaime Theriot
Atlanta, GA 30308

**Claim No: 23**
*Original Filed Date:* 09/02/2020
*Original Entered Date:* 09/02/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $66175.97

*GU claim*    *OK*

*History:*

Details    🔗    23-1    09/02/2020 Claim #23 filed by Troutman Pepper Hamilton Sanders LLP, Amount claimed: $66175.97 (AUTP)

*Description:*

*Remarks:* (23-1) Account Number (last 4 digits):9777

---

Creditor:    (40461651)
Audrey Nguyen
c/o Sheila M Pistone
Law Offices of Sheila M Pistone
1 Park Plaza Ste 600 PMB 150
Irvine CA 92614

**Claim No: 24**
*Original Filed Date:* 09/03/2020
*Original Entered Date:* 09/03/2020
*Last Amendment Filed:* 07/10/2022
*Last Amendment Entered:* 07/10/2022

*Status:*
*Filed by:* CR
*Entered by:* Sheila M Pistone
*Modified:*

*OK*

Amount claimed: ~~$113644.73~~    *$18,644.73*
Priority claimed: $18644.73

*9019 Motion filed on 10-28-22 with agreement between the Trustee and Claimant allowing for priority claim in the amount of $18,644.73 and allowing general unsecured portion to be $0.00.*

*History:*

Details    🔗    24-1    09/03/2020 Claim #24 filed by Audrey Nguyen, Amount claimed: $95013.48 (Pistone, Sheila)
Details    🔗    24-2    07/10/2022 Amended Claim #24 filed by Audrey Nguyen, Amount claimed: $113644.73 (Pistone, Sheila)

*Description:* (24-2) Unpaid Wages, unpaid health insurance and other sums
*Remarks:*

---

Creditor:    (40461955)
Endurance Vehicle Services LLC
400 Skokie Blvd., Suite 105
Northbrook, IL 60062

**Claim No: 25**
*Original Filed Date:* 09/04/2020
*Original Entered Date:* 09/04/2020

*Status:*
*Filed by:* CR
*Entered by:* Kristopher Davis
*Modified:*

*History:*

Details    🔗    25-1    09/04/2020 Claim #25 filed by Endurance Vehicle Services LLC, Amount claimed: $14294781.00 (Davis, Kristopher)

*Description:*

*Remarks:*

Amount claimed: ~~$14294781.00~~

*[handwritten: $3,800,000.00]*

*[handwritten: Claim deemed amended and allowed as a general unsecured claim in the amount of $3,800,000 per Ct. order entered 5-31-2022.]*

*History:*

Details   25-1   09/04/2020 Claim #25 filed by Endurance Vehicle Services LLC, Amount claimed: $14294781.00 (Davis, Kristopher)

*Description:*

*Remarks:*

---

Creditor:   (40462316)   <u>History</u>
Don Wilson Builders
FitzGerald Kreditor Bolduc Risbrough
2 Park Plaza, Suite 850
Irvine, CA 92614   <u>Claimant History</u>

Amount claimed: $118806.70

Claim No: 26
*Original Filed Date:* 09/04/2020
*Original Entered Date:* 09/04/2020
*Last Amendment Filed:* 08/31/2022
*Last Amendment Entered:* 08/31/2022

*Status:*
Filed by: CR
Entered by: AUTP
Modified: 08/31/2022

*[handwritten: GU claim]*   *[handwritten: OK]*

*History:*

| Details | | 26-1 | 09/04/2020 Claim #26 filed by Don Wilson Builders, Amount claimed: $118806.70 (SM) |
| Details | | 26-2 | 07/11/2022 Amended Claim #26 filed by Don Wilson Builders, Amount claimed: $118806.70 (VN) |
| Details | | 26-3 | 07/11/2022 Amended Claim #26 filed by Don Wilon Builders, Amount claimed: $118806.70 (NB8) |
| Details | | 26-4 | 08/31/2022 Amended Claim #26 filed by Don Wilson Builders, Amount claimed: $118806.70 (AUTP) |

*Description:* (26-1) Breach of commercial lease - unpaid rent
(26-2) Breach of commercial lease - unpaid rent

*Remarks:*

---

Creditor:   (40464938)
Kern, Inc.
c/o Timothy A. Riedel, Esq.
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215-3422

Amount claimed: $0.00

Claim No: 27
*Original Filed Date:* 09/08/2020
*Original Entered Date:* 09/08/2020
*Last Amendment Filed:* 10/07/2020
*Last Amendment Entered:* 10/07/2020

*Status:*
Filed by: CR
Entered by: AUTP
Modified: 10/07/2020

*[handwritten: GU claim]*   *[handwritten: OK]*

*History:*

| Details | | 27-1 | 09/08/2020 Claim #27 filed by Kern, Inc., Amount claimed: $1000000.00 (AUTP) |
| Details | | 27-2 | 10/07/2020 Amended Claim #27 filed by Kern, Inc., Amount claimed: $0.00 (AUTP) |

*Description:*

*Remarks:* (27-2) Filer Comment: Pursuant to settlement the claim is being withdrawn.

---

Creditor:   (40466285)
Pitney Bowes Presort Services, LLC
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017

Amount claimed: $1299048.75

Claim No: 28
*Original Filed Date:* 09/08/2020
*Original Entered Date:* 09/08/2020
*Last Amendment Filed:* 07/08/2022
*Last Amendment Entered:* 07/08/2022

*Status:*
Filed by: CR
Entered by: Tania M Moyron
Modified:

*[handwritten: GU claim]*   *[handwritten: OK]*

*History:*

| Details | | 28-1 | 09/08/2020 Claim #28 filed by Pitney Bowes Presort Services, LLC, Amount claimed: $1299048.75 (AUTP) |
| Details | | 28-2 | 07/08/2022 Amended Claim #28 filed by Pitney Bowes Presort Services, LLC, Amount claimed: $1299048.75 (Moyron, Tania) |

*Description:*

*Remarks:* (28-1) Account Number (last 4 digits):3326

---

Creditor:   (40477188)
United States Postal Service
Law Dept. - 6th Floor C/O Shoshana Epstein
PO Box 23797
Washington, DC 20026-3797

Amount claimed: ~~$115222.97~~

*[handwritten: $0.00]*

*[handwritten: Claim disallowed in its entirety per Ct. order entered 11-2-2022.]*

*History:*

| Details | 29-1 | 09/17/2020 Claim #29 filed by United States Postal Service, Amount claimed: $115222.97 (AUTP) |
| Details | 29-2 | 09/17/2020 Amended Claim #29 filed by United States Postal Service, Amount claimed: $115222.97 (AUTP) |
| | 538 | 09/23/2022 Motion to Disallow Claims<br>*Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claims Pursuant To 11 U.S.C. § 502: Claim No.: 2-1 Neopost L*<br>Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) |
| | 568 | 11/02/2022 Order Granting Motion Of Jeffrey I. Golden, Chapter 7 Trustee For Order Disallowing Claims Pursuant To 11 U.S.C. Section 502. IT IS<br>Entirety. Claim Number 8-1 Filed By Syndmate 2017 LP In The Amount Of $1,339,200.00 Is DISALLOWED In Its Entirety. Amended<br>(NB8) Status: Disallow |

*Description:*

*Remarks:* (29-1) Account Number (last 4 digits):2220
(29-2) Account Number (last 4 digits):2220

*Creditor:* (40569965)
Advanced Image Direct
1415 S. Acacia Avenue
Fullerton, CA 92831

**Claim No: 30**
*Original Filed Date:* 11/30/2020
*Original Entered Date:* 11/30/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $239634.00

GU Claim                                OK

*History:*
Details    30-1    11/30/2020 Claim #30 filed by Advanced Image Direct, Amount claimed: $239634.00 (AUTP)
*Description:*
*Remarks:*

*Creditor:* (40615056)
All Web Leads
7300 FM 2222
Bldg 2 Ste 100
Austin, TX 78730

**Cla**
*Orig*
*Orig*

Amount claimed: $~~65584.26~~ $0.00

Claim disallowed in its
entirety per Ct. order entered
11-2-2022.

*History:*
Details    31-
1    01/14/2021 Claim #31 filed by All Web Leads, Amount claimed: $65584.26 (AUTP)
      538 09/23/2022 Motion to Disallow Claims
              *Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claims Pursuant To 11 U.S.C. § 502: Claim No.: 2-1 Neopost U*
              Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)
      568 11/02/2022 Order Granting Motion Of Jeffrey I. Golden, Chapter 7 Trustee For Order Disallowing Claims Pursuant To 11 U.S.C. Section 502. IT IS
              Entirety. Claim Number 8-1 Filed By Syndimate 2017 LP In The Amount Of $1,339,200.00 Is DISALLOWED In Its Entirety. Amended
              (NB8) Status: Disallow
*Description:*
*Remarks:*

*Creditor:* (41202956)
Novatech Packaging Systems, Inc.
19665 Descartes
Foothill Ranch, CA 92610

**Claim No: 32**
*Original Filed Date:* 06/07/2022
*Original Entered Date:* 06/07/2022

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $5372.00

GU Claim                                OK

*History:*
Details    32-1    06/07/2022 Claim #32 filed by Novatech Packaging Systems, Inc., Amount claimed: $5372.00 (AUTP)
*Description:*
*Remarks:*

*Creditor:* (40424821)
Farmers & Merchants Bank of Long Beach

**Claim No: 33**
*Original Filed Date:*
*Original Entered Dat*

Amount claimed: $~~107035.93~~ $0.00

Motion to disallow claim entirely
filed on 9-23-2022.

*History:*
Details    33-
1    06/07/2022 Claim #33 filed by Farmers & Merchants Bank of Long Beach, Amount claimed: $107035.93 (Appel, Ronald)
      540 09/23/2022 Motion to Disallow Claims
              *Motion Of Jeffrey I. Golden, Chapter 7 Trustee, For Order Disallowing Claim Pursuant To 11 U.S.C. § 502: Claim No.: 33-1 Farmers &*
              Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)
*Description:* (33-1) Credit Card Debt
*Remarks:*

*Creditor:* (41203522)
JC International Staffing Services, Inc
3887 Via Zumaya
Corona, CA 92881

**Claim No: 34**
*Original Filed Date:* 06/07/2022
*Original Entered Date:* 06/07/2022

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $160720.76

GU Claim                                OK

*History:*
Details    34-1    06/07/2022 Claim #34 filed by JC International Staffing Services, Inc, Amount claimed: $160720.76 (AUTP)
*Description:*
*Remarks:*

| Creditor: | (41211303) | | Claim No: 35 | Status: |
|---|---|---|---|---|

Lake Image Systems, Inc
205 Summit Point Dr, Ste 2
Henrietta, NY 14467

*Original Filed Date:* 06/13/2022
*Original Entered Date:* 06/16/2022

*Filed by:* CR
*Entered by:* SD8
*Modified:* 06/16/2022

Amount claimed: $19871.02

**GU claim**

**OK**

*History:*
Details  ✎  35-1   06/13/2022 Claim #35 filed by Lake Image Systems, Inc, Amount claimed: $19871.02 (SD8)
*Description:*
*Remarks:*

---

Creditor: (41215834)  Underline History

**Claim No: 36**
*Original Filed Date:* 06/22/2022
*Original Entered Date:* 06/22/2022

*Status:*
*Filed by:* CR
*Entered by:* VN
*Modified:*

Irvine Ranch Water District
15600 Sand Canyon Ave
Irvine CA 92618

Amount claimed: $12120.87

**GU claim**

**OK**

*History:*
Details  ✎  36-1   06/22/2022 Claim #36 filed by Irvine Ranch Water District, Amount claimed: $12120.87 (VN)
*Description:* (36-1) Water and Sewer Utility Service Bills #4174
*Remarks:*

---

Creditor: (41217238)

**Claim No: 37**
*Original Filed Date:* 06/23/2022
*Original Entered Date:* 06/24/2022

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

Atlas Toyota Material Handling LLC
1815 Landmeier Road
Elk Grove Village, IL 60007

No amounts claimed

**GU Claim
Claim backup shows GU claim in the amount of $7,347.50**

**OK**

*History:*
Details  ✎  37-1   06/23/2022 Claim #37 filed by Atlas Toyota Material Handling LLC, Amount claimed: (NB8)
*Description:*
*Remarks:* (37-1) Claim amount not listed on claim - invoices listed with amounts attached

---

Creditor: (41221097)

**Claim No: 38**
*Original Filed Date:* 06/28/2022
*Original Entered Date:* 06/29/2022

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

ATL Courier, Inc.
2200 Norcross Pkwy, Suite 230
Norcross, GA 30071

Amount claimed: $9802.65

**GU Claim**

**OK**

*History:*
Details  ✎  38-1   06/28/2022 Claim #38 filed by ATL Courier, Inc., Amount claimed: $9802.65 (NB8)
*Description:*
*Remarks:*

---

Creditor: (41221099)

**Claim No: 39**
*Original Filed Date:* 06/28/2022
*Original Entered Date:* 06/29/2022

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

ATL XPD, Inc.
2200 Norcross Pkwy., Suite 210
Norcross, GA 30071

Amount claimed: $20621.76

**GU Claim**

**OK**

*History:*
Details  ✎  39-1   06/28/2022 Claim #39 filed by ATL XPD, Inc., Amount claimed: $20621.76 (NB8)
*Description:*
*Remarks:*

---

Creditor: (41226146)

**Claim No: 40**
*Original Filed Date:* 07/05/2022
*Original Entered Date:* 07/05/2022

*Status:*
*Filed by:* CR
*Entered by:* JL
*Modified:*

Stevens Global Logistics Inc
3700 Redondo Beach Ave
Redondo Beach CA 90278

Amount claimed: $~~1115206.46~~   **$115,206.46**

**Actual Claim shows claim as general
unsecured in the amount of
$115,206.46**

**OK**

*History:*
Details  ✎  40-1   07/05/2022 Claim #40 filed by Stevens Global Logistics Inc, Amount claimed: $1115206.46 (JL)
*Description:* (40-1) Freight Services Performed
*Remarks:*

*Creditor:*    (41231978)
NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915

*Claim No.:* 41

*Original Filed Date:* 07/11/2022
*Original Entered Date:* 07/12/2022

*Status:*
*Filed by:* CR
*Entered by:* NB8
*Modified:*

Amount  claimed: $591977.13

Secured claimed: $591977.13

**Asset not administered by the Estate and therefore not entitled to a distribution**

*History:*

Details    ⟲    41-1    07/11/2022 Claim #41 filed by NFS Leasing, Inc., Amount claimed: $591977.13 (NB8)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** US Direct LLC
**Case Number:** 8:19-bk-11218-SC
**Chapter:** 7
**Date Filed:** 04/01/2019
**Total Number Of Claims:** 41

| Total Amount Claimed* | $36796017.82 |
|---|---|
| Total Amount Allowed* | → |

**$10,382,295.13**

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| Secured | $591977.13 | → |
| Priority | $24083.37 | → |
| Administrative | $2,939.38 | → |

**$591,977.13**
**$ 21,143.99**
**$  2,939.38 + $17,634.44
  = $20,573.82**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/07/2022 14:54:55 | | |
| PACER Login: | jg.1998.TR | Client Code: |
| Description: | Claims Register | Search Criteria: | 8:19-bk-11218-SC Filed or Entered From: 1/1/2000 Filed or Entered To: 11/7/2022 |
| Billable Pages: | 5 | Cost: | 0.50 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      8:19-BK-11218-SC
Case Name:   US DIRECT LLC
Trustee Name:   Jeffrey I. Golden

Balance on hand:      $1,643,261.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 41 | NFS LEASING, INC. | $591,977.13 | $591,977.13 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $1,643,261.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Fees | $125,205.28 | $0.00 | $125,205.28 |
| JEFFREY I. GOLDEN, TRUSTEE, Trustee Expenses | $120.68 | $0.00 | $120.68 |
| LANDAU LAW LLP, Former Attorney for Trustee Fees | $82,643.50 | $82,643.50 | $0.00 |
| LANDAU LAW, LLP, Former Attorney for Trustee Expenses | $3,195.89 | $3,195.89 | $0.00 |
| GROBSTEIN TEEPLE LLP, Accountant for Trustee Fees | $159,217.00 | $121,006.00 | $38,211.00 |
| GROBSTEIN TEEPLE LLP, Accountant for Trustee Expenses | $176.25 | $0.00 | $176.25 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $3,500.00 | $0.00 | $3,500.00 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP, Attorney for Trustee Fees | $251,021.50 | $160,972.50 | $90,049.00 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP, Attorney for Trustee Expenses | $9,217.13 | $2,849.29 | $6,367.84 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP, Attorney for Trustee – Contingency Fees | $1,304,600.00 | $1,304,600.00 | $0.00 |
| DAVID W. MEADOWS, ESQ., Arbitrator/Mediator for Trustee Fees | $2,500.00 | $2,500.00 | $0.00 |
| DIAMOND MCCARTHY LLP, Arbitrator/Mediator for Trustee Fees | $1,787.50 | $1,787.50 | $0.00 |

| | | | |
|---|---|---|---|
| JUDICATE WEST, Arbitrator/Mediator for Trustee Fees | $6,000.00 | $6,000.00 | $0.00 |
| FORCE TEN PARTNERS, Trustee's Expert Witness Fees | $104,412.50 | $0.00 | $104,412.50 |
| FORCE TEN PARTNERS, Trustee's Expert Witness Expenses | $686.29 | $0.00 | $686.29 |
| FUTURE LOGISTICS, INC., Administrative Expense | $17,634.44 | $17,634.44 | $0.00 |
| FRANCHISE TAX BOARD, Administrative Tax Claim No. 16 | $2,939.38 | $0.00 | $2,939.38 |
| INDEPENDENT MANAGEMENT SERVICES, Field Representative/ Adjuster for Trustee Fees | $3,450.00 | $3,450.00 | $0.00 |
| INDEPENDENT MANAGEMENT SERVICES, Field Representative/ Adjuster for Trustee Expenses | $64.53 | $64.53 | $0.00 |

Total to be paid for chapter 7 administrative expenses:    $371,668.22
Remaining balance:    $1,271,592.80

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $1,271,592.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,143.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | FRANCHISE TAX BOARD | $2,499.26 | $0.00 | $2,499.26 |
| 24 | AUDREY NGUYEN | $18,644.73 | $0.00 | $18,644.73 |
| | INTERNAL REVENUE SERVICE – FEDERAL UNEMPLOYMENT – FUTA (EMPLOYER) | $42.00 | $0.00 | $42.00 |
| | INTERNAL REVENUE SERVICE – MEDICARE - MC (EMPLOYER) | $270.35 | $0.00 | $270.35 |
| | INTERNAL REVENUE SERVICE – SOCIAL SECURITY - SS (EMPLOYER) | $1,155.97 | $0.00 | $1,155.97 |
| | EMPLOYMENT DEVELOPMENT DEPARTMENT – STATE UNEMPLOYMENT - SUTA (EMPLOYER) | $238.00 | $0.00 | $238.00 |
| | EMPLOYMENT DEVELOPMENT DEPARTMENT – STATE EMPLOYMENT TRAINING TAX – CA ETT (EMPLOYER) | $7.00 | $0.00 | $7.00 |

| | | |
|---|---|---|
| Total to be paid to priority claims: | | $22,857.31 |
| Remaining balance: | | $1,248,735.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,382,295.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. Claim No. 12 has been partially subordinated per settlement approved by Court order entered April 8, 2021 whereby claimant shall not receive a distribution on its claim until other general unsecured claims have received a 10% distribution on their claims.  The timely allowed general (unsecured) dividend is anticipated to be 2.99 percent for Claim No. 12 and 12.99 percent for all other claims, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | EULER HERMES N.A AS AGENT FOR GLOBALTRANZ ENTERPRI | $15,622.09 | $0.00 | $2,030.12 |
| 3 | EULER HERMES N.A AS AGENT FOR REVIMEDIA, INC. | $194,864.25 | $0.00 | $25,323.00 |
| 4 | EULER HERMES N.A AS AGENT FOR MYSTIC LOGISTICS, IN | $504,067.08 | $0.00 | $65,504.54 |
| 6 | PENSKE TRUCK LEASING CO., L.P. | $7,347.17 | $0.00 | $954.78 |
| 7 | FLUENT, INC. | $223,690.34 | $0.00 | $29,069.01 |
| 9 | OREGON CORRECTIONS ENTERPRISES | $282,172.39 | $0.00 | $36,668.87 |
| 10 | ARASH DURRANI | $143,000.00 | $0.00 | $18,583.14 |
| 11 | VERITIV OPERATING CO., INC. | $278,382.04 | $0.00 | $36,176.31 |
| 12 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | $1,004,648.07 | $0.00 | $30,091.25 |
| 14 | CENVEO WORLDWIDE LIMITED | $724,665.27 | $0.00 | $94,171.72 |
| 15A | FRANCHISE TAX BOARD | $724.23 | $0.00 | $94.12 |
| 17 | FAIRWAY STAFFING SERVICES, INC. | $108,148.93 | $0.00 | $14,054.17 |
| 18 | 1700 BARRANCA COMPANY, LLC | $421,737.83 | $0.00 | $54,805.69 |
| 19 | FARMERS & MERCHANTS BANK OF LONG BEACH | $41,534.97 | $0.00 | $5,397.55 |
| 20 | BRIVO SYSTEMS LLC | $40,800.00 | $0.00 | $5,302.04 |
| 21 | TOTAL QUALITY LOGISTICS, LLC | $153,839.56 | $0.00 | $19,991.76 |
| 22 | FUTURE LOGISTICS, INC. | $362,322.47 | $0.00 | $47,084.54 |
| 23 | TROUTMAN PEPPER HAMILTON SANDERS LLP | $66,175.97 | $0.00 | $8,599.70 |

| 24 | AUDREY NGUYEN | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| 25 | ENDURANCE VEHICLE SERVICES LLC | $3,800,000.00 | $0.00 | $493,817.70 |
| 26 | DON WILSON BUILDERS | $118,806.70 | $0.00 | $15,439.18 |
| 27 | KERN, INC. | $0.00 | $0.00 | $0.00 |
| 28 | PITNEY BOWES PRESORT SERVICES, LLC | $1,299,048.75 | $0.00 | $168,814.02 |
| 30 | ADVANCED IMAGE DIRECT | $239,634.00 | $0.00 | $31,140.93 |
| 32 | NOVATECH PACKAGING SYSTEMS, INC. | $5,372.00 | $0.00 | $698.10 |
| 34 | JC INTERNATIONAL STAFFING SERVICES, INC | $160,720.76 | $0.00 | $20,886.00 |
| 35 | LAKE IMAGE SYSTEMS, INC | $19,871.02 | $0.00 | $2,582.28 |
| 36 | IRVINE RANCH WATER DISTRICT | $12,120.87 | $0.00 | $1,575.13 |
| 37 | ATLAS TOYOTA MATERIAL HANDLING LLC | $7,347.50 | $0.00 | $954.82 |
| 38 | ATL COURIER, INC. | $9,802.65 | $0.00 | $1,273.87 |
| 39 | ATL XPD, INC. | $20,621.76 | $0.00 | $2,679.84 |
| 40 | STEVENS GLOBAL LOGISTICS INC | $115,206.46 | $0.00 | $14,971.31 |

Total to be paid to timely general unsecured claims:    $1,248,735.49

Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00

Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00

Remaining balance:    $0.00