United States Bankruptcy Court

Central District of California

In re:   Case No. 19-11218-SC
US Direct LLC   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 3
Date Rcvd: Feb 08, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | US Direct LLC, 1700 Barranca Parkway, Irvine, CA 92606-4824 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K Yun | on behalf of Defendant Abdullah Jafrey ayun@yunlawpc.com |
| Anerio V Altman | on behalf of Witness Derek Thomas Doherty LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com |
| Anerio V Altman | on behalf of Interested Party Courtesy NEF LakeForestBankruptcy@jubileebk.net lakeforestpacer@gmail.com |
| Annie Y Stoops | on behalf of Interested Party Courtesy NEF annie.stoops@afslaw.com yvonne.li@arentfox.com |
| Annie Y Stoops | on behalf of Defendant Fletcher Jones Motor Cars Inc. annie.stoops@afslaw.com, yvonne.li@arentfox.com |
| Asa W Markel | on behalf of Interested Party SCREEN GP Americas LLC amarkel@masudafunai.com, |

Case 8:19-bk-11218-SC    Doc 593    Filed 02/10/23    Entered 02/10/23 21:16:59    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf042 | Total Noticed: 1 |

asa.markel@azbar.org;yperdue@masudafunai.com;mlee@masudafunai.com

Brett Ramsaur
on behalf of Creditor Arash Durrani brett@ramsaurlaw.com alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian Hockett
on behalf of Creditor W+D North America Inc. bhockett@thompsoncoburn.com

Caroline Djang
on behalf of Petitioning Creditor Future Logistics Inc. cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Petitioning Creditor Future Logistics Inc c/o Mark Roan cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Christopher J Petersen
on behalf of Creditor Liberty Property Limited Partnership cjpetersen@blankrome.com gsolis@blankrome.com

Craig N Haring
on behalf of Creditor Liberty Property Limited Partnership charing@blankrome.com

David Samuel Shevitz
on behalf of Defendant Tesla Inc. david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

David Samuel Shevitz
on behalf of Interested Party Interested Party david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

David Samuel Shevitz
on behalf of Defendant Tesla Finance LLC david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

David W. Meadows
on behalf of Mediator Mediator david@davidwmeadowslaw.com

Eric D Olson
on behalf of Defendant Tezo Inc. eolson@lhlaw.com, melissa.wells@lhlaw.com

Eric D Olson
on behalf of Defendant Troy Kiem eolson@lhlaw.com melissa.wells@lhlaw.com

Jared D Bissell
on behalf of Defendant Capital One Bank (USA) N.A. jared.bissell@troutman.com, Erika.schmidt@troutman.com;aimee.davis@troutman.com

Jared D Bissell
on behalf of Interested Party Capital One Bank (USA) N.A. jared.bissell@troutman.com, Erika.schmidt@troutman.com;aimee.davis@troutman.com

Jeffrey D Cawdrey
on behalf of Interested Party Courtesy NEF jcawdrey@grsm.com madeyemo@gordonrees.com;sdurazo@grsm.com

Jeffrey I Golden (TR)
lwerner@go2.law jig@trustesolutions.net;kadele@go2.law

Jennifer M Millier
on behalf of Interested Party Courtesy NEF jennifer@millierlaw.com jennifer.millier.esq@gmail.com

Jerome S Demaree
on behalf of Creditor Camel Financial Inc. stan@demaree-law.com

Kelly H. Zinser
on behalf of Creditor Enterprise Data Solutions Inc. ecf@zinserlawgroup.com, 9892645420@filings.docketbird.com

Kristopher Davis
on behalf of Interested Party Endurance Warranty Services LLC kristopher.davis@faegredrinker.com, shanta.teekah@faegredrinker.com

LESLIE A BOWER
on behalf of Creditor 1700 Barranca Parkway LLC leslie@labowerlaw.com

Lauren Chee
on behalf of Creditor W+D North America Inc. lchee@thompsoncoburn.com, dclow@thompsoncoburn.com

Maria Cho
on behalf of Defendant Autoassure LLC, a Texas limited liability company Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com

Maria Cho
on behalf of Defendant Endurance Dealer Services LLC, an Illinois limited liability company Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com

Case 8:19-bk-11218-SC    Doc 593    Filed 02/10/23    Entered 02/10/23 21:16:59    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Maria Cho
    on behalf of Defendant Endurance Warranty Services LLC, an Illinois limited liability company Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com

Maria Cho
    on behalf of Defendant Endurance Vehicle Services LLC, a Delaware limited liability company Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com

Monica Rieder
    on behalf of Trustee Jeffrey I Golden (TR) mrieder@landaufirm.com vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

Randye B Soref
    on behalf of Creditor CENVEO Corp rsoref@polsinelli.com ccripe@polsinelli.com;ladocketing@polsinelli.com

Rodger M. Landau
    on behalf of Interested Party Courtesy NEF rlandau@landaufirm.com vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com

Ronald Appel
    on behalf of Creditor Farmers & Merchants Bank Of Long Beach attorneyrappel@gmail.com

Ronald L Gruzen
    on behalf of Creditor FAIRWAY STAFFING SERVICE INC. rgruzen@rgruzenlaw.com

Roye Zur
    on behalf of Trustee Jeffrey I Golden (TR) rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur
    on behalf of Plaintiff Jeffrey I. Golden rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Sheila M Pistone
    on behalf of Interested Party Courtesy NEF sheila@pistonelawoffice.com sheilapistone@yahoo.com

Sheila M Pistone
    on behalf of Defendant Altura Imports Inc. sheila@pistonelawoffice.com sheilapistone@yahoo.com

Sheila M Pistone
    on behalf of Defendant Audrey Nguyen sheila@pistonelawoffice.com sheilapistone@yahoo.com

Sheila M Pistone
    on behalf of Defendant FANCGENS sheila@pistonelawoffice.com sheilapistone@yahoo.com

Shraddha Bharatia
    on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Summer M Shaw
    on behalf of Creditor Revimedia ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Sweeney Kelly
    on behalf of Defendant American Express Company kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant American Express National Bank kelly@ksgklaw.com

Sweeney Kelly
    on behalf of Defendant American Express Travel Related Services Company Inc. kelly@ksgklaw.com

Tania M Moyron
    on behalf of Interested Party Tania M. Moyron tania.moyron@dentons.com malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Tanya Behnam
    on behalf of Creditor CENVEO Corp tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Timothy A Riedel
    on behalf of Interested Party Courtesy NEF triedel@baileycav.com lpatterson@baileycav.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 53

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>Jeffrey I. Golden, A Partner of<br>GOLDEN GOODRICH LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>Email: jgolden@go2.law<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 08 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte    DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION** ||
| In re:<br><br>US DIRECT LLC, | CASE NO.: 8:19-BK-11218-SC<br>CHAPTER: 7 |
| | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE: **February 8, 2023**<br>TIME**: 10:00 a.m.**<br>COURTROOM: **5C**<br>ADDRESS:<br>**Hearing Held Remotely** |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

    | Complaint | $3,500.00 |
    |---|---|
    |  | $ |
    |  | $ |

    | Subtotal of court fees: | $3,500.00 |
    |---|---|
    | U.S. Trustee fees | $0.00 |
    | Total allowed court and U.S. Trustee fees | $3,500.00 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*          Page 1          **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession: LANDAU LAW LLP, Former Attorney for Trustee** | | | | |
   | Fees | $82,643.50 | $82,643.50 | $82,643.50 | $0.00 |
   | Expenses | $3,195.89 | $3,195.89 | $3,195.89 | $0.00 |
   | (2) **Name of Professional/Profession: ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP, Attorney for Trustee** | | | | |
   | Fees | $251,021.50 | $251,021.50 | $160,972.50 | $90,049.00 |
   | Expenses | $9,217.13 | $9,217.13 | $2,849.29 | $6,367.84 |
   | (3) **Name of Professional/Profession: GROBSTEIN TEEPLE LLP, Accountant for Trustee** | | | | |
   | Fees | $159,217.00 | $159,217.00 | $121,006.00 | $38,211.00 |
   | Expenses | $176.25 | $176.25 | $0.00 | $176.25 |
   | (4) **Name of Professional/Profession: DAVID W. MEADOWS, ESQ., Arbitrator/Mediator for Trustee** | | | | |
   | Fees | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | (5) **Name of Professional/Profession: DIAMOND MCCARTHY LLP, Arbitrator/Mediator for Trustee** | | | | |
   | Fees | $1,787.50 | $1,787.50 | $1,787.50 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | (6) **Name of Professional/Profession: JUDICATE WEST, Arbitrator/Mediator for Trustee** | | | | |
   | Fees | $6,000.00 | $6,000.00 | $6,000.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | (7) **Name of Professional/Profession: FORCE TEN PARTNERS, Trustee's Expert Witness** | | | | |
   | Fees | $104,412.50 | $104,412.50 | $0.00 | $104,412.50 |
   | Expenses | $686.29 | $686.29 | $0.00 | $686.29 |
   | (8) **Name of Professional/Profession: INDEPENDENT MANAGEMENT SERVICES, Field Representative/Adjuster for Trustee Expenses** | | | | |
   | Fees | $3,450.00 | $3,450.00 | $3,450.00 | $0.00 |
   | Expenses | $64.53 | $64.53 | $64.53 | $0.00 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (2) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

|   |   |   |   |   |
|---|---|---|---|---|
| Expenses | $ | $ | $ | $ |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |

☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |   | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **JEFFREY I. GOLDEN, Chapter 7 Trustee** | | | | |
   | Fees | $125,205.28 | $125,205.28 | $0.00 | $125,205.28 |
   | Expenses | $120.68 | $120.68 | $0.00 | $120.68 |
   | Bank Fees | $41,416.56 | $41,416.56 | $41,416.56 | $0.00 |
   | Bond | $2,198.11 | $2,198.11 | $2,198.11 | $0.00 |
   | Taxes – FTB Claim No. 16 | $2,939.38 | $2,939.38 | $0.00 | $2,939.38 |

   ☐ Additional trustee fees and expenses attached.

   b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

   |   | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee** (*name*): | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | Bank Fees | $ | $ | $ | $ |
   | Bond | $ | $ | $ | $ |
   | Taxes | $ | $ | $ | $ |

   ☐ Additional trustee fees and expenses attached.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                                 Page 3                                                                 **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

###

Date: February 8, 2023

*Scott C. Clarkson*
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 4                    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**